AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00248 |
| Alexander Sheppard | ) Assigned to: Judge Meriweather, Robin M |
| | ) Assign Date: 2/22/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Alexander Sheppard__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Ground;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 02/22/2021

Robin M. Meriweather
2021.02.22 11:43:51 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2-22-2021, and the person was arrested on *(date)* 2-23-2021
at *(city and state)* Columbus, Ohio.

Date: 2-23-2021

*Arresting officer's signature*

SPECIAL AGENT ANTHONY LAGANA
*Printed name and title*