# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )   No. 21-203 (JDB) |
| | ) |
| **ALEXANDER SHEPPARD,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Maria Jacob on behalf of the defendant, Alexander Sheppard, in the above captioned matter.

    Respectfully submitted,

    A. J. KRAMER
    FEDERAL PUBLIC DEFENDER

        /s/
    _____
    Maria N. Jacob
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C.  20004
    (202) 208-7500
    Maria_Jacob@fd.org