**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-203 (JDB) |
| | : | |
| **ALEXANDER SHEPPARD,** | : | |
| Defendant. | : | |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Continue Status Hearing, it is this \_\_\_\_ day of May, 2021, HEREBY ORDERED that:

- The Motion is GRANTED;

- The status hearing currently scheduled for June 1, 2021, is CONTINUED to July \_\_\_\_, 2021; and

- The interests of justice outweigh the defendant and the public's interest in a speedy trial such that the time from June 1, 2021, to July \_\_\_\_, 2021, shall be excluded under the Speedy Trial Act.

SO ORDERED.

_____
HON. JOHN D. BATES
UNITED STATES DISTRICT JUDGE
