UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-cr-203 (JDB) |
| : | |
| ALEXANDER SHEPPARD, : | |
|           Defendant. : | |

## JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Alexander Sheppard, respectfully move this Honorable Court to continue the status hearing currently set for May 23, 2022, to a date in approximately thirty days, with time excluded under the Speedy Trial Act in the interests of justice.

In support of this motion, the parties submit that they are engaged in discussions regarding a potential plea agreement and need additional time to conclude those discussions. The parties are available for a status hearing June 20, 2022; June 21, 2022, other than at 9:30 am and 1 pm; June 22, 2022, other than at 10:30 am and 3:30 pm; June 23, 2022, after 1 pm; and June 24, 2022.

The parties further agree that the interests of justice will be served by excluding time and outweigh the defendant's and the public's interest in a speedy trial.

WHEREFORE, the parties respectfully ask this Court to continue the status hearing to a date the week of June 20, 2022.

                                                            Respectfully submitted,

                                                            MATTHEW M. GRAVES
                                                             UNITED STATES ATTORNEY

                          By:    */s/ Mary L. Dohrmann*
                                  MARY L. DOHRMANN

NY Bar No. 5443874
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7035
Mary.Dohrmann@usdoj.gov


*/s/ Maria Jacob*
Maria Jacob
Counsel to the Defendant