UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-203 (JDB) |
| | : | |
| **ALEXANDER SHEPPARD,** | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Alexander Sheppard, respectfully move this Honorable Court to continue the status hearing currently set for June 21, 2022, to a date in approximately forty-five days, with time excluded under the Speedy Trial Act in the interests of justice.

In support of this motion, the parties submit that they have been engaged in discussions regarding a possible pre-trial resolution of this case. While those discussions have progressed significantly, the parties wish to take additional steps, including conducting a reverse proffer with the defendant, and need time to prepare and schedule such a meeting.

The parties are available for a status hearing the week of July 25, 2022.

The parties further agree that the interests of justice will be served by excluding time and outweigh the defendant's and the public's interest in a speedy trial.

WHEREFORE, the parties respectfully ask this Court to continue the status hearing to a date the week of July 25, 2022.

                                                                       Respectfully submitted,

                                                                       MATTHEW M. GRAVES
                                                                       UNITED STATES ATTORNEY

By:    */s/ Mary L. Dohrmann*
        MARY L. DOHRMANN
        NY Bar No. 5443874
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7035
        Mary.Dohrmann@usdoj.gov


        */s/ Maria Jacob*
        Maria Jacob
        Counsel to the Defendant