UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-203 (JDB) |
| v. | : | |
| | : | |
| ALEXANDER SHEPPARD, | : | |
| | : | |
| Defendant. | : | |

**ASSENTED-TO MOTION TO EXTEND TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO COMPEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to extend by one week the time in which to file its response to defendant's motion to compel discovery. ECF 39.

Pursuant to the briefing schedule set on September 21, 2022, responses to defendant's pre-trial motions are presently due on November 15, 2022, and replies are due on November 22, 2022. The defendant filed four motions on October 21, 2022, including the motion to compel discovery. The United States remains in the process of reviewing and evaluating defendant's request for discovery, and even with the exercise of reasonable due diligence, additional time is necessary in which to prepare a response.

//

//

//

//

//

//

//

1

Accordingly, the United States respectfully requests that the time in which to file its response to defendant's motion to compel discovery (ECF 39) be extended until on or before November 22, 2022, and the time for the defendant to file his reply, if any, be continued to on or before November 29, 2022. Counsel of record for the defendant has assented to this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Craig Estes
      CRAIG ESTES
      Assistant United States Attorney
      United States Attorney's Office for the
      District of Columbia
      Massachusetts Bar No. 670370
      craig.estes@usdoj.gov
      (617) 748-3100

      /s/ Sonia Mittal
      SONIA MITTAL
      Assistant United States Attorney
      United States Attorney's Office for the
      District of Columbia
      Illinois Bar No. 6314706
      sonia.mittal@usdoj.gov
      (202) 821-9470