UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER SHEPPARD,<br>    Defendant. | Criminal Action No. 21-203 (JDB) |

### ORDER

Upon consideration of defendant Alexander Sheppard's [37] motion to dismiss, [38] motion to transfer venue, [39] motion to compel, and [40] notice of public authority defense, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [37] the motion to dismiss is **DENIED**; it is further

**ORDERED** that [38] the motion to transfer venue is **DENIED**; it is further

**ORDERED** that [39] the motion to compel is **GRANTED** insofar as it requests discovery related to Sheppard's awareness of barriers, police lines, and other barricades at the Capitol on January 6, 2021 as explained in the accompanying Memorandum Opinion, and otherwise **DENIED**; and it is further

**ORDERED** that Sheppard shall be precluded from relying on any public authority (or entrapment-by-estoppel) defense in this case.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: December 28, 2022