UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 21-203 (JDB) |
| | ) |
| ALEXANDER SHEPPARD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENSE EXHIBIT LIST**[1]

1. Clips of Former President Donald Trump's Speech at the "Save America" Rally
2. CCTV Statuary Hall 234
3. CCTV Video: 3191 QNW 00 3rd & Penn NW - 2021-01-06_18h40min01s.mp4

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

---

[1] Counsel will notify the government and the Court if the defense intends on using any additional exhibits.