UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>ALEXANDER SHEPPARD,<br><br>Defendant. | Case No. 21-cr-203 (JDB) |

### Notice of Objections to Government Exhibit List

Alexander Sheppard, through counsel, wishes to notify the Court that he has certain objections to some of the government exhibits listed in its notice filed the night of January 18, 2023. *See* ECF No. 77. Undersigned counsel will attempt to work with the government to identify these exhibits in order to resolve these objections[1], however Mr. Sheppard requests that any unresolved objections be resolved with the Court after jury selection on January 20, 2023.

Respectfully submitted,
A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

---

[1] For example, the government lists many open source videos that are included in their entirety, some being an hour or so long. The government has advised it will send us clips of what it intends to actually introduce and admit into evidence. Further, there are objections to some of the defendant's statements the government has noticed on its list.