# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ALEXANDER SHEPPARD,** <br><br> Defendant. | Case No. 21-cr-203 (JDB) |

## NOTICE OF APPEARANCE

The United States of America, by and through the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Andrew Floyd, is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_____
Andrew Floyd
Assistant United States Attorney
D.C. Bar No. 1023315
555 4th Street, NW
Washington, D.C. 20530
(202) 252-6841
Andrew.Floyd@usdoj.gov

CERTIFICATE OF SERVICE

I, Andrew Floyd Assistant United States Attorney for the District of Columbia, hereby certify that the foregoing NOTICE OF APPEARANCE has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the following:

Maria Jacob, Esq.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
625 Indiana Ave., N.W.
Washington, D.C. 20004

Dated: January 20, 2023

_____
Andrew Floyd
Assistant United States Attorney
D.C. Bar No. 1023315
555 4th Street, NW
Washington, D.C. 20530
(202) 252-6841
Andrew.Floyd@usdoj.gov