UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA\

vs.

ALEXANDER SHEEPARD                                         CASE NO.    21-203 (JDB)

DEFENDANT

## Attorney's Acknowledgments Concerning Trial Exhibits

Counsel for the plaintiff and the defendant acknowledge that they have jointly reviewed, and redacted (if necessary), the exhibits that were admitted into evidence with the courtroom deputy and have agreed that they are the exhibits which will be submitted to the jury for deliberations.

Counsel for Plaintiff: _____          Date: 1/26/2023

Counsel for Defendant: _____         Date: 1/26/2023