# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.   Criminal Action 21-203 (JDB)

**ALEXANDER SHEPPARD**

      **Defendant**

## Jury Note

We would like
- another (2) sets of instructions
- white board/ flip pad

1/26/23

DATE

1:53 pm

TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                  Criminal Action 21-203 (JDB)

ALEXANDER SHEPPARD

       Defendant

## Jury Note

Is aiding and abetting necessary to find Mr. Sheppard guilty of Count I? In other words, if we find the 4 elements on p. 25 of the jury instructions met, do we need to go further & find the elements on p. 27 or p. 28 met

02 1/26

DATE  3:34 pm

TIME                                 FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Criminal Action 21-203 (JDB)

ALEXANDER SHEPPARD

Defendant

## Jury Note

For Count 4, does floor of Congress mean the actual floor of the Senate or House chamber or the entire "house" ie. the foyer to the Senate lobby, etc...? Second, if Mr. Sheppard was willfully in the Capital building and knew that was wrong, would he have willfully acted when he entered the Rayburn Room?

1/26

DATE                                             FOREPERSON

3:47 pm

TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Criminal Action 21-203 (JDB)

**ALEXANDER SHEPPARD**

        Defendant

## Jury Note

We have reached a verdict.

1/26

DATE

4:47pm

TIME

FOREPERSON