UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER SHEPPARD,<br><br>Defendant. | Crim. No. 21-203 (JDB) |

## VERDICT FORM

1. With respect to the offense of obstruction of an official proceeding in violation of 18 U.S.C. §§ 1512(c)(2) and 2, we find the defendant Alexander Sheppard

   _____ Not Guilty     \_\_\_\_X_____ Guilty

2. With respect to the offense of entering or remaining in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(1), we find the defendant Alexander Sheppard

   _____ Not Guilty     \_\_\_\_X_____ Guilty

3. With respect to the offense of disorderly or disruptive conduct in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(2), we find the defendant Alexander Sheppard

   _____ Not Guilty     \_\_\_\_X_____ Guilty

(continued on next page)

4. With respect to the offense of entering or remaining on the floor of Congress or the Rayburn Room in violation of 40 U.S.C. § 5104(e)(2)(A), we find the defendant Alexander Sheppard

\_\_\_\_X\_\_\_\_ Not Guilty        _____ Guilty

5. With respect to the offense of disorderly or disruptive conduct in a Capitol building in violation of 40 U.S.C. § 5104(e)(2)(D), we find the defendant Alexander Sheppard

_____ Not Guilty        \_\_\_\_X\_\_\_\_ Guilty

6. With respect to the offense of parading, demonstrating, or picketing in a Capitol building in violation of 40 U.S.C.§ 5104(e)(2)(G), we find the defendant Alexander Sheppard

_____ Not Guilty        \_\_\_\_X\_\_\_\_ Guilty

\_\_1/26/2023\_\_
Date

_____
Signature of Foreperson

2