Honorable John D Bates
United States District Court

Judge Bates-

I would like to begin by thanking you for officiating over my son Alexander Sheppard's jury trial in January in a fair and thoughtful manner. While the outcome was not what I'd hoped, it was largely what I expected.

Alex is the younger of two sons my wife and I raised in the suburbs of central Ohio. Debbie and I are both employed at JPMorgan; I am a mortgage underwriter and she is a supervisor in the mortgage department. As the boys grew up, I encouraged them to think for themselves, which has led us to this and other unexpected outcomes. Our older son has views which are largely diametrically opposed to Alex's, and I spend time mediating during many family meals.

When Alex was a toddler, his speech was muddled and often incomprehensible to Debbie and I. After a battery of tests we arranged to have him work with a speech therapist who worked miracles. His early teachers were always amazed by this due to his excellent speech.

The biggest influence in Alex's life would likely have been his maternal grandfather Del. Del was a pure salesman; he never met a stranger in his life. Alex spent many days and nights with Del and his wife Pat, and the love they all had for each other was always evident. Sadly, Del passed away in the summer of 2020. Del's influence manifested itself in two ways – Alex became an excellent salesperson, and he became a conservative.

Alex's affinity for sales showed itself over and over as he grew up. Not only did he win sales drive competitions, but he won over antagonistic classmates. No one at school stayed on his bad side, nor did he stay on anyone's bad side. He eventually settled into a career in sales, at first selling cutlery in people's homes and at trade shows, and later through the internet.

The main trait which Alex may have gained from his mother and me would be his work ethic. He began work while still in high school, and at one point was working full time while attending two-a-day football practices. He has never been averse to hard work, and has been working 7 days a week most weeks for the past year.

I suppose that it's appropriate to address Alex's conservative beliefs and his arrival at them. As I mentioned, Alex was exposed to conservative beliefs and a constant stream of conservative television programming from an early age. Also, he has always been an avid reader. I believe he read most of Donald Trump's books before 2016, so was naturally attracted to him as a candidate. It was during those years, 2015 to 2017, that Alex began taking conservative positions and parroting arguments and phrases and nicknames which I had a hard time following. He had become a creature of the Twitter echo machine. This led to some of the posts, tweets, and videos which were presented at his trial. Although he has had traffic citations, he has never been in trouble with the law except the matter before the court. He was never suspended from school for any reason. I do not believe he would ever break the law for political (or any other) reasons in the future. The January 6th incident appears to me to be an outlier – he has attended political functions and Trump rallies in several states both before and after 1/6/21 and has had no other issues.

Thank you for taking the time to consider the thoughts of those who love and support Alex even though we may disagree with him. I hope you will weigh his record, his youth, and his character against his crimes when deciding his sentence.

Yours,

Alan Edward Sheppard

FROM THE DESK OF

# Debbie Sheppard

April 10, 2023

Honorable John D. Bates
United States District Judge

Dear Judge Bates,

My name is Debbie Sheppard and I'm the mother of Alexander Sheppard.  I have been employed with JPMorgan Chase for the last 15 years in the mortgage division.  My current position is an Underwriting Manager in Corporate Home Lending.

I would like to start by addressing Alex's general character.  For as long as I can remember, Alex has always been a caring and generous person.  Even in Pre-K and Kindergarten, his teachers commented that he was the most polite and kind-hearted child in the class.  Alex is compassionate and constantly tries to make people feel better.  I remember taking him to a birthday party for his 3rd grade classmate, who was a very awkward and unpopular boy.  Alex felt sorry for him and was the only classmate who attended the party.  Alex did everything he could to make the boy have a great birthday.  Another example was during high school when Alex went on a mission trip to Honduras to assist at a facility that houses children affected by AIDS/HIV.  He asked us to give him money for this trip in lieu of  a graduation gift.   Alex never did any of these things for recognition, but just to help other people.

Alex was a quiet and reserved toddler which was mostly due to his inability to speak clearly.  After about 6 months of speech therapy, he became a completely different person.  Alex blossomed into a confident, happy, and extremely funny person. He was a good student in elementary school and was placed in gifted classes. Alex was also involved in several activities outside of school: boy scouts, soccer, baseball, football, and basketball.  Alex wasn't the star player on any of these teams, but he was always a team favorite.  His teammates loved him because of his personality, kindness, and sense of humor.  Coaches liked him because he was a leader and would do whatever was asked of him.

Alex continued with baseball, football, and recreational basketball while he was in middle school.  School was a bit harder in middle school because Alex struggled with completing homework assignments.  It wasn't until he was diagnosed with ADHD his junior year of high school that we realized what he was up against.  His pediatrician explained a few things about ADHD: simple tasks can seem overwhelming and maintaining focus on a project is difficult.

Alex still played  baseball and football his first two years in high school, but ended up

focusing on football for his junior and senior years.  Again, he was a team favorite because he got along with everybody-coaches and teammates.  Music was another interest Alex had in school.  Alex enjoyed music in elementary and middle school, but he became more involved in the high school choir.  He didn't have a naturally great voice, but he worked on developing it and ended up becoming a soloist at choir concerts.  Alex also helped mentor freshman boys when they joined the music program.  During his senior year, Alex and his friends formed a fun rap group and performed a favorite during the school talent show.  Alex and his surprising talents never ceased to amaze me.

Alex never liked asking us for money so he worked while he was in high school.  His first job was an umpire for little league baseball.  His boss was quickly impressed with Alex and soon had him training newer umpires.  Alex's other job during his senior year was working at Chipotle where he was well-liked by employees, management, and the customers. I remember Alex handling two-a-day football practices in the heat of August and then closing at Chipotle at night.  After high school, Alex attended community college for a brief time before deciding school wasn't for him.  He began selling Cutco knives and became one of the top sales people in the Columbus area.  As a bonus for his sales, Alex received several trips which included Jamaica and Paris, France.  His manager asked him to open an office in Dayton, OH which is a little over an hour from Columbus.  Alex decided to take this opportunity.  He moved by himself to Dayton, opened an office, and recruited his own staff.  All of this was accomplished at 19 years old.

I realize that 2020 was a difficult year for many people, but it was especially rough for Alex.  He left Cutco because he could not make money during the COVID pandemic.  Cutco's complete sales strategy is home-based sales which was impossible during COVID-nobody wanted a sales person in their home during this period.  After over 3 years together, Alex and his girlfriend broke up.   And then Alex's grandfather (Clarence Huskey) passed away in August 2020.  Alex grew up living around the corner from his grandfather and they had an extremely special relationship.  Alex spent most weekends with his grandparents up until he went to high school.  We have a very large family, but Alex was chosen to speak at my dad's funeral.  As he always does, Alex did an amazing job of speaking with compassion and humor in such a difficult time.

During 2020, Alex was still living in Dayton by himself which was probably pretty lonely during COVID.  It seems like this is when he became more interested in politics than ever before.  Alex is an avid reader, especially self-help or business books, so he was a fan of Donald Trump before he was ever elected President.  After Trump was defeated by Joe Biden, Alex was devastated and truly believed the election results were fraudulent.  He felt that he was protecting the country's democracy when he went to Washington D.C. to protest with Donald Trump and thousands of other people.  I know he never had any intention of going into the Capitol Building and he is very sorry for the events that unfolded.

Alex is currently employed at two local restaurants, working seven days a week.  His employers both love him because of his work ethic and personality.  Patrons love him

because he always greets them with a smile and takes care of them efficiently.  Although Alex is great at his job, he has aspirations far greater than working as a bar-back.

As you determine sentencing, I would ask that you consider a few things.  First of all, Alex was a 21 year old young man with ADHD who got caught up in a crowd and made a bad decision.  I've read that a male's brain doesn't  fully develop until after age 25, especially the prefrontal cortex which helps adults make rational decisions.  I'm not saying that excuses Alex's poor behavior, but it might help explain it.  Secondly, Alex does not have a past criminal history and he would never harm anybody.  He is always respectful, kind, and compassionate.  As a mother, I would hate for his one mistake to alter his entire life.

Sincerely yours,


Debbie Sheppard







To whom it may concern,

My name is Alan Jacob Sheppard, I am Alex's older brother. I am currently a bartender at Chubby's Sports Bar and Grill where I have worked with my brother for over a year at this point. Being Alex's only sibling, he and I have been alongside each other for as long as I can remember, and have established a close relationship. Not only do we work together but we also live together, and we have spent a lot of time together as a result. I strongly believe my brother is a good person, with strong morals, and an unrelenting drive for success.

Working with him over the past year plus I've gained a new appreciation for my brother. He has always been a funny/ goofy individual so I did not fully comprehend what a hard dedicated worker he is. He constantly looks for new approaches and questions tradition in a way that I see as healthy and productive. Not only is the quality of his work unquestionable, but the way he makes everyone else's experience better is unmatched. Being in the service industry it can be difficult for some to adjust to interacting with clientele, but Alex took to it like a fish to water. His combination of humor and confidence allows him to speak to just about anyone. That along with his intelligence and general positive, polite, manner made him stand out to people. He is one of the best workers we have, and the customers take notice of him because of that, and it was nice to be able to see how he thrived in the fast-paced, customer-facing environment. Everyday that I go into work there are multiple people asking me how my brother is doing, because he is beloved by everyone that knows him. It has been nothing but a pleasure to have worked with him, and I am very proud to say he's my brother whenever the question comes up.

Growing up, he and I were constantly at odds, doing our best to one up each other. Being the older of the two, I would usually come out on top but I could never ever discount his effort. This also shone through in other areas of his life, such as athletics, school, and eventually making money. He was not a superstar athlete, but was always a coach's favorite because he would always put in the work, and do what needed to be done. I have vivid memories watching him play every position in basketball, to just about every position in football. Pushing the limits of what others thought he was capable of because of that persistent effort. In school he excelled in standardized testing which always pushed me to do better myself. He constantly would score in the top percentiles, and with his love of reading at a young age, I always envied the way he could effectively convey his thoughts. The first time I truly noticed his drive was different though was when he started trying to make money. At the age of 13 he started trying to make money online, through sources that were, and still are beyond my comprehension. At 16, he started working at Chipotle so he would have some financial freedom of his own, something even I hadn't done at that point. Then by 18 he had already begun managing a sales office away from home in Dayton. Anything Alex does he does with 100% effort and unwavering confidence. I had never seen someone so young work so hard to make his dreams a reality, and I still admire him for it.

I would also like to discuss his morality and personality as a whole. Alex is a caring, funny, intelligent, and talented individual. In elementary school I remember Alex would always do his best to make sure everyone was involved and having as good a time as him. He is the

funniest person I know and combining that with his intelligence makes him the wittiest as well. He is constantly putting a smile on others faces and has no issue being the butt of a joke if it makes others feel better. Alex is extremely loyal to those that show him the same amount of respect as he shows them. As he went into young adulthood some of his mentors became his friends for that very reason. I remember at Chipotle, his boss had been terminated for reasons him and his other coworkers felt were unjust. Therefore, they refused to work until he was reinstated as their manager, Alex was the leader of that group. Some might see this as childish, but I see it as him standing up for someone that stood up for him.

As previously stated, when Alex does something, he is fully committed to it. This translates to him having strong opinions, that he researches heavily before forming his own outlook. This is what led to him becoming very opinionated on politics. As I also mentioned, Alex loves to read, and started reading self-improvement and financial books while he was still in high school. This is where he developed an affinity towards Donald Trump. He went to Washington D.C. to support a politician that he supported, that was his only goal. A 19 year-old kid, going to show support towards a person that he felt had earned that support. He did not go with any intent to break the law, or cause harm to anyone. The latter of the two he succeeded in. I hope that I have made clear throughout this letter that my brother, Alexander Bennet Sheppard, would never intentionally break the law or try to hurt anyone. This is why I hope that you will not punish him to the full extent you are capable of. He had never committed a crime previously, other than speeding tickets, and is not a threat to society. He was simply caught up in the wrong place at the wrong time, and I do not believe that he should be dealing with the repercussions of this for the rest of his life. Thank you for hearing what I have to say about him, and I do hope you truly consider what I have said.

Sincerely,

Alan Jacob Sheppard

Mr. and Mrs. Scott Huskey
April 13, 2023


Honorable John D. Bates
United States District Judge

Dear Judge Bates:

We are writing to you on behalf of our nephew Alexander Sheppard.

My wife, Tresa is a registered nurse who switched careers to help others during the pandemic. I work for the United States Postal Service and have known Alex since birth. Alex is one year younger than our son.

Like other families, we gather to celebrate holidays and life events throughout the year. Many events were led by Alex's grandfather, Clarence, who was a mentor to him. Prior to his passing during the covid years, Clarence instilled many character attributes in Alex and other members of our family. He taught the importance of a hard day's work, reliability, family, honesty, concern for others, and to always give a helping hand to those in need.

Alex learned those lessons well. He is a caring individual who assisted others in need through activities sponsored by his church or the community.

Alex has brought so much joy to our family with his love of life, enthusiasm, and genuine & sincere nature. Our feelings towards Alex never wavered. He acknowledged remorse to us for being where he should not have been. He deeply regrets the pain he brought to his parents, who are both outstanding individuals. Good people can make mistakes in life.

My Dad, Clarence often emphasized important statements to us by beginning them with "the main thing is…."  which I will now borrow.

The main thing is that Alex has never been in any serious trouble before now. We hope that you will take that into account. In addition, Alex has never harmed anyone. He does not present a threat to others. He is a kind young man with a big heart.


Sincerely,


Tresa & Scott Huskey

# Patrick DeMary

## Columbus, Ohio

████████████████████

April 12, 2023


Honorable John D. Bates
United States District Judge


Re: Character Reference for Alexander Sheppard


Dear Judge Bates,

I am Patrick DeMary, I have owned and operated a family commercial truck dealership since 1988. I have had the pleasure of knowing Alex Shepard and his family for almost 20 years now. I first met Alex and his parents in 2005 when his father and I helped coach our boys little league soccer team. Since then I watched Alex grow up and graduate with my Son.

Through out these years, I became fond of Alex due to his positive attitude and entrepreneurial sprit. When my Son was having a rough time socially in middle school, Alex was kind and supporting to my Son when many of his peers were cruel and immature.

I am certain that Alex regrets his actions on January 6th, 2021 and would not repeat them if he could turn back time. I know in my heart that this young man will be a law abiding and hard working citizen of the United States from this day forward.

Please, your honor, have mercy on this young man.


Sincerely yours,

*Patrick DeMary*

Patrick DeMary
President, DeMary Truck

To:  HonorableJohn D. Bates
     United States District Judge

My name is Patricia (Pat) Huskey and Alex Sheppard is my grandson.  I have known Alex since before he was born, as his parents and brother, Jacob, lived just a few blocks away from my husband and I all through his school years and beyond.  We were so very lucky to be able to see and spend time with all of them.

Alex was involved in baseball, basketball, football, umpiring and also in choir, musicals and talent shows. We went to just about every event, and Alex always made a point of thanking us for coming.

After he got his Drivers License, he got a job after school at Chipotle (fast food restaurant) and did well. He eventually got a job selling CUTCO Cutlery and did so well that he was promoted to open and manage an office in Dayton, Ohio.  While there, he sold and did quite well, and also recruited and trained new sales people.  He did very well while he was there.

After Alex moved back to Columbus, he got a full time job and also got a part time job, working a total of 7 days a week.  He is not, and never has been the kind of person who arrived late or called off work.  He is very dependable.

Alex has a huge heart, and has always enjoyed spending time with his family.  His mother (my stepdaughter) is the youngest of six, so when the Huskey family gets together, it's a good size gathering.

The family was together for Easter and I swallowed something wrong and spent most of the afternoon dealing with that.  Alex stood outside the bathroom the door the entire time I was trying to get myself cleared up, and checked on me and brought me water until he knew I was OK.

When he was in grade school, he loved to come over to our house.  In fact, he spent Saturday nights with us for about three years, and we always had the best time.  Alex was very close with my husband. After my husband died in August, 2020, it was obvious how much Alex missed him.  They bonded over many things, and politics was one main area, and they could talk and talk about politics, and not get tired of it.

Alex was 21 when he went to D.C. and had no intention to do anything wrong.  He never expressed any interest in doing any harm, to people or property.  He knew he shouldn't have been in the Capital building, but told me that he didn't see a way out once he was in there.  He went to D.C. to see President Trump, not to cause any problems.

Alex is a good, honest and loving person.  He is always willing to help people, and will go out of his way to do so.  He is sorry for his actions.

I am hoping that he will not have to serve any prison or jail time, as I don't think that helps anyone, especially for someone his age (23 now).

Thank you for your time.

Pat Huskey
Columbus, Ohio

# Melissa DeMary

Columbus, Ohio

███████████████████

April 5, 2023

Honorable John D. Bates
United States District Judge

RE: Character Reference for Alexander Sheppard

Dear Judge Bates,

I am a neighbor and family friend of the Sheppard family.  I work with my husband at our family commercial truck dealership where I am the controller and CFO.  I am currently and have previously been involved in the community by volunteering at school for grades K-12 for both of my children from 2004 to present, as well as being a Girl Scout Leader for 7 yrs and by helping out with my son's Boy Scout Troop.

I have known Alex Sheppard for 19 years, since 2004 when my son & he first attended elementary school. I have corresponded and associated with Alex and his family over the years on many occasions, from school events to community functions and soccer games.

I would like you to know that I find Alex's character to be very good and decent. Alex always displayed good sportsmanship when playing on soccer teams with my son. He was also a kind and friendly classmate of my son, as well as, being a very good friend to him when he was bullied in elementary school. In later years, Alex was always a friendly face in the crowd at a community or school event and always willing to lend a hand if needed. Once I saw Alex when I was visiting my younger daughter at high school and while the crowded hall rushed with teenagers, Alex stop to say "Hi, Mrs DeMary" and to ask me how I was doing. After Alex graduated high school, he embarked on an opportunity to sell Cutco Knives and he called to ask if I might be interested in purchasing some knives.  He was extremely professional and courteous when he came to my home.  He also took extra steps to call his Cutco management to fulfill a special request I had as I wanted to purchase and item that was not really offered.  I referred Alex to some of my friends and they all had nothing but good things to say about him.

Please find the attached pictures of a few memories of Alex & my son over the years.

Lastly, I can not say that I can condone any actions Alex may have engaged in that would violate the laws of the United States of America.  However, I would hope you can consider his previous good character, his youth, and the general turmoil of the day these event transpired.

Thank you for your time in allowing me to speak on Alex's behalf.

Sincerely yours,

*Melissa DeMary*

Melissa DeMary


Alex & my son at a soccer awards party


Alex & my son at a school event


Alex & neighborhood kids at halloween


Alex & my son in "Don't say no to the USO" play

Mary Bea Eaton
CEO, Emerita

4/6/23

Honorable John D. Bates
United States District Judge

Re: Alexander Sheppard

Dear Honorable Judge Bates,

It is with great enthusiasm and hope that I am writing this letter to ask for your lenience on behalf of Mr. Alexander Sheppard. My name is Mary Bea Eaton, and I am a recently retired CEO of Scioto Properties. Scioto is a national organization providing housing for people with disabilities for over 20 years. I now serve on several human service boards and provide consulting services to growing healthcare organizations.

I have known Alexander and his parents for nearly 10 years. I can attest without hesitation Alex is a young man with great aspirations and drive to be a successful contributor in his community. I also know he has a devoted and loving family that will support him in any way they can to achieve his goals. I have seen Alex tirelessly work long hours in sales and in the food service industry to successfully move into his own apartment. I frequent a local restaurant where Alex works and I have known him to be exceptionally polite and professional, reliable, and trustworthy. Alex displays many of the values and qualities that seem lost in todays youth...hard work, kindness, family, etc.

Alex is a young man with great promise, and I know he deeply regrets the events of January 6th, 2021. Even though I am aware he broke the law on that day, I know this does not define who he is as a person. I fear that a severe punishment would be detrimental to his spirit. It is my hope that the system which allows second chances affords him that opportunity.

I am grateful for having had the chance to provide this letter on behalf of Alexander Sheppard and ask the court for mercy and leniency while making your decision. Thank you for your time and utmost consideration.

Sincerely,

Mary Bea Eaton
CEO, Emerita

# MARK W. ALTIER

## ATTORNEY AND COUNSELOR AT LAW

April 11, 2023

The Honorable John D. Bates

Judge of the United District Court

VIA E-mail Transmission to █████████████

RE:  Alexander Sheppard

Dear Judge Bates:

I am writing to you in relation to Mr. Alexander Sheppard (Alex), who is awaiting sentencing in your court.  I am an attorney who has practiced law for many years in the state and Federal courts of jurisdiction within the State of Ohio. Much of my career has been spent in public service.  Currently  I am employed as an attorney in the civil division of the Licking County, Ohio, Prosecutor Attorney's Office.  Previously, however, I worked as a criminal trial prosecutor in Wayne County, Ohio; the Chief Civil Assistant in the Office of the Prosecuting Attorney of Miami County, Ohio; as Chief Legal Counsel for the Ohio Auditor of State; and in a variety of capacities with the Ohio Attorney General's Office.

My wife, Sue, and I were married in 2017, and thereafter I came to know Alex who is the son of Deb and Ward Sheppard who reside in the Columbus, Ohio, area, and with whom Sue has maintained a longstanding relationship.  I have observed Alex in both social settings and in the context of his work environment.  He impressed me as a bright, industrious, and cordial young man who I understood was achieving success in his endeavors.  I continue to hold that impression of him.

I understand fully that Alex made a grievous mistake, and I believe that he is fully aware of his error and that he must suffer the consequences of his actions.  I am advised that since his actions leading to his charges he has undertaken two jobs and that he is exercising diligence in realistically dealing with his situation and committing himself to address it and to move on as best he can.

Page – 2 -

I am convinced that he has much to offer society, and that he has the capacity to right himself and move on to a long and productive life.  I commend my brief comments to your consideration.

Very truly yours,

    /s/

Mark W. Altier

Attorney at Law

Ohio Registration Number 0017882

The Honorable John D. Bates
United States District Judge


My name is Lynn Price.  I am currently retired due to the pandemic and my position as a Corporate Services Manager was eliminated.

My husband and I have known Mr. Sheppard and his family since he was four years old. Our families met at a t-ball game in 2000, and we have been great friends ever since. Mr. Sheppard spent many nights at our house with my son and other boys for sleep overs.  I trusted him in my home and with my son. He was always kind to my dogs, which to me is a sign of good character.

My husband and I live part time (May – October for the last six years) on Lake Erie so we currently don't see Mr. Sheppard as much as we use to. We do however go to dinner at his place of employment when we can, and always get a big smile and a hug from him.

As a child Mr. Sheppard was brutally honest. He always let me know if there was not enough chocolate in my chocolate chip cookies, if the dogs were being bad, or if one of the other boys was misbehaving. He had an amazing relationship with his grandfather who taught him card games, the value of a dollar, and how to manage money. He had a stellar upbringing by his parents and two sets of grandparents with strong ethics and faith.

Mr. Sheppard was an amazing salesman for Cutco Knife Company. At a very young age he moved up in the company and relocated to Dayton to head up a team. He currently has two jobs and helps pays a mortgage with his brother. He has always been a hard worker and good with money.

Mr. Sheppard made a poor choice on January 6, that I am sure he regrets. I believe he got caught up in the moment without thinking about the consequences.  I know he lied to his parents, but I feel it was out of fear of disappointing them. Unfortunately, he made a poor decision at the tender age of 21 that may haunt him for a lifetime.

My husband and I love the Sheppard family.

Sincerely,

Lynn Price

April 9, 2023

From: Lisa Heaton, Columbus OH, 43235

To: Honorable John D. Bates, United States District Judge

Re: Alexander Sheppard

Dear Honorable John D. Bates,

My name is Lisa Heaton, and although I am currently unemployed due to some disabilities, I had a long and successful career in Marketing Communications. I have known Alex Sheppard since 2013. I came to know Alex Sheppard when my twins sons met him in their Freshman year of high school, and they became fast friends. My house became the gathering place for their group of five friends, so for years he was at my home at least two nights a week. Many nights all the boys slept all over the floor in my rec room, probably at least once a week. I got to know him very well during these years. After they all graduated from high school, three of the five boys went to college (including my twins) and so they didn't see each as much. But, by this time I was friends with all the boys' mothers on our own accord, so I of course kept apprised of all their ups and downs, including Alex Sheppard. I see him occasionally at very establishments he works at, and we still are able to chat for a long time.

Alexander Sheppard has always been on the most courteous and kind boy I have known. Every time he walked into my house, he would shout out, "Hi Ms Heaton!", it was just something the other boys wouldn't do. When he needed something he would politely say, "May I?" Over time, as they all got closer, he would stand at the bottom of the stairs and I on the top and make me laugh. I never knew him to lie, and if they did something wrong, such as spill things on my carpet or make too much noise, he was the first to say "I'm sorry." He was very thoughtful.

When my son needed a job for college expenses, and Alex was in sales, he offered my son a job. He was generous in that regard and in other ways. I never knew him to break the law.

Before graduation from high school, he made the decision to not go to college and instead join the work force. And so he did. For part of this time, he lived in another city, before returning back to Columbus. I lost touch with this young man for a bit, who in the past had only shown me his reasonable thinking about current events and politics and religion, well just about everything we talked about. Although I don't know this for sure, I do think he was influenced by some people he met online or when he lived away from his friends and family when he lived in the other city. I say this because we were friends on Facebook and I could see the gradual change in how he spoke and thought. He is, after all, is of a young, impressionable age.

I also believe he naively didn't fully understand the ramifications of his actions on January 6, but thought it was just a rally or a protest. He has shown remorse for going into the Capital. I feel sorrow that his views and belief in President Trump led him to act in this manner, it was totally shocking when I heard the news because it seemed so unlike him. Ultimately, I still believe he is the kind, thoughtful and intelligent young man I've known for 10 years and got to watch him mature through high school. I think with guidance from his family, he will be able to get his views more to the middle and in line and be a productive member of society.

He Is a good kid who got mixed up in something much bigger than himself. I understand he broke the law, as do I. I only ask that as you sentence him to consider these facts.

Sincerely,

Lisa Heaton

April 10, 2023

Honorable John D. Bates
United States District Judge

Dear Judge Bates,

My name is Linda Quinto.  I am writing on behalf of Alexander Sheppard.  I live in central Ohio and work as a Director of Underwriting for Supreme Lending, a mortgage company based out of Dallas, Texas.  My best friend is Debbie Sheppard, Alex's mom.  I met Debbie at work in January of 1999, the day she found out she was pregnant with her second son, Alex.  So, I've known Alex his entire life.  I've spent a great deal of time with Alex and the Sheppard family over the years - at their home, at restaurants, and going to Alex's and his brother's sporting events.  I watched Alex grow up and was a part of many of his milestones.  These days, I see Alex occasionally at his parents' house and I make a point of frequenting the two restaurants he works at, to check in and see how he is doing.

When I think of words to describe Alex's character, my first thoughts are hard-working, sensitive, and thoughtful.  Alex loves sports and he played football from grade school through high school.  He isn't a natural athlete, but he was the kid who went to the extra practices and did conditioning on his own.  He listened to the coaches and followed their directions and instructions.  Even though he didn't get to play as much as he should have, he was always positive and a good teammate.  During high school, Alex worked at Chipotle.  During the football season, he would work after practice until close.  I know his managers at Chipotle loved him because he always showed up for his shifts on time and was a hard worker.  After high school, Alex worked full time for Cutco as a Sales Representative and then as a District Manager.  At 18 he was hiring, training, and managing an office of Sales Representatives.  He was recognized for his results and won trips to the Caribbean and Europe. Alex is still working hard.  He has two jobs, both at restaurants, and works seven days a week.  I've asked him why he doesn't take any days off and he said he just feels like he should be working as much as possible.

Alex has always been sensitive and thoughtful.  Growing up, he loved spending weekends with his grandparents.  As they got older, Alex would help his grandparents with things they needed done around their house.  Sadly, one of the most memorable times I think of with Alex is when he spoke at his grandpa's funeral in 2020.  His eulogy was thoughtful, and well delivered.  During high school, Alex went on a mission trip to Honduras with his uncle and cousin.  He was affected by what he saw and experienced and has said he would like to do another one someday.

Alex has a large village of people who care about him – parents, brother, grandparents (three remaining), aunts, uncles, cousins, friends, and friends of his through his parents.  We all understand what he did was wrong.  But my feelings about Alex have not changed.  He is still the hard-working, thoughtful, and sensitive kid I have known for the past almost 24 years.  I know he regrets his actions, and he regrets the pain his actions have caused his family.

Your Honor, I am asking that you be lenient with Alex's sentencing.  Prison is not a place for a sensitive and thoughtful young man.  Alex has the characteristics to be a servant leader, and I am hoping his sentence is heavy on community service.

Respectfully,

*Linda Quinto*

Dear Honorable John D. Bates, United States District Judge,

My name is Kathryn Dove and I am a Licensed Clinical Social Worker in the state of Ohio. I have known Mr. Alex Sheppard since 2013 when he and my eldest son became friends in middle school. Currently, I remain friends with his mother and may see him in the community since moving back to our hometown.

In the ten years that I have known Mr. Sheppard I have always found him to be honest and to follow the rules of whatever situation of which he was involved (photo attached). He has been to my home many times over the years, and I have seen him consistently display humor and respect to adults as well as other children. I have observed Mr. Sheppard's interactions with others and witnessed a warm and caring young man. Mr. Sheppard volunteered to assist my son and several friends travel to my father's home to help him with home repairs over the course of a week (photo attached). Additionally, I recall Mr. Sheppard being the first in the friend-group to secure a full-time job after graduation and was a positive and motivating example to my son when decisions about the future were being made. To my knowledge, Mr. Sheppard has developed and maintained a good reputation with all types of individuals in the community.

I understand that Mr. Sheppard has violated the law and that there are absolute consequences to those actions. However, I also strongly believe that past behavior is the best predictor of future behaviors. I feel confident that Mr. Sheppard has the capability to recognize and acknowledge his actions while also taking away a better understanding of the impact of his behaviors and apply this lesson throughout his life.

Sincerely,
Kathryn Dove





Honorable John D. Bates                                          April 13, 2023
United States District Judge


Dear Honorable John D. Bates,
My name is Julie Huskey.  I am a consultant with a major insurance company in Columbus, Ohio.
I have known Alexander (Alex) Sheppard all his life, as I am one of his aunts.

Alex has always been a kind and caring person.  I have a disabled child that is older than Alex.  Even at a young age, he would make sure my child was included in activities when we gathered for family occasions.  As a teenager playing football for his high school team, if he didn't get to play a game, he would never complain.  The family did, but he stayed quiet and worked harder to play the next one.

Once Alex graduated and found his way into adulthood with his jobs, he was very passionate about doing well.  When he started his sales job, he wanted to make sure people were happy with the products.  He didn't push people into buying even though he could make a good commission the more they bought.  His demeanor and kindness made you want to buy from him.  If I recall correctly, he was top seller and was able to travel to various places most people his age wouldn't do until they were much older.

Alex has always been able to talk to people in such a manner that you felt heard and understood.  This is a quality most young people lack.  Alex truly cares for people.  Very recently, his grandmother choked on some water, and he was the one to stay by her and make sure she was okay.  He checked on her that evening and again the next day.  He and his brother even went to her house to help her with some projects.  He has always been willing to work around his schedule to help his family.

I typically do not talk politics with anyone.  The little I have discussed with Alex; he has shown me remorse of what transpired that day and understands that what happened is not what he intended.  I feel strongly that if he were to go back in time, actions would be different.


                                                   Sincerely,
                                                   Julie Huskey

To: The Honorable John D. Bates, United States District Judge

Re: Alexander Sheppard

Your Honor,
I am the Co-Owner of Chubby's Sports Grill in Columbus, Ohio where Alex has been employed for the last couple of years. I have found Alex to be a hard working and respectful employee, always willing to do what is asked of him without complaint. Alex gets along with his co-workers and is very well liked among our patrons and staff. He rarely shares his political viewpoint while at work, never to our customers, and only amongst our staff when asked. When told of his actions on January 6th, I was very surprised to hear, as it did not sound like the Alex I know. Since that date I have spoken with Alex about his role on this day and was please to hear that he was not involved with the violence and destruction that occurred on that day as I would have found it completely out of character for him. Alex has since expressed to me and to others on our staff his remorse and regret for his actions on that day. I believe Alex to be a good person and a valuable member of our staff, and we hope he will be with us for a long time.

Thank you for any consideration you may give to his sentencing.

Jeff Gaston
Owner
Chubby's Sports Grill

The Honorable John D. Bates

United States District Judge

We are Alexander Sheppard's paternal grandparents. Alex is one of our eight grandchildren. We are both retired, one as a high school teacher and the other as a lawyer specializing in civil and probate law. We have lived within ten miles of Alex his whole life. We are a close family and saw him often as he was growing up. As a youngster Alex was just like any boy growing up in the Midwest. Baseball was his passion, both playing on teams his own age and studying and becoming a licensed umpire for Worthington City Recreation League games of younger players. In high school Alex played on his high school football team for four years. He also became active in his high school choir and an all-boys ensemble that we found very entertaining. Alex has a good sense of humor and was well liked by his peers. After high school Alex opted to get a job and get work experience instead of going to college. He was successful as a salesman and opened an office in Dayton, Ohio to sell Cutco products. He had responsibilities to recruit and train new salespeople, which he excelled at.

As a member of our family Alex has been in our home often and was and is always welcome. He has always been respectful and helpful to us. We understand that he has been convicted of violating the law. To us this is completely out of character for the person we know Alex to be.  Alex is our grandson, and we stand by him. We know him to be a good person still learning who he is. Below is a family photograph with Alex in the back row toward the right of center.



Julia Sheppard
Alan Wayne Sheppard

I am writing this character reference in regards to Mr. Alexander Sheppard. My name is Ethan Fitzsimmons and I have had the pleasure of knowing Alex and his family since 2015. I am currently a colleague with Mr. Sheppard at Chubbys Sports Bar and Grill. Over the last two years I have been the closing manager with Mr. Sheppard. I consider Mr. Sheppard to be an extremely honest and generous person. He routinely shows thoughtfulness and concern for others around him and in his community. For example, one evening a coworker of Mr. Sheppard's was having car problems and needed a ride home across town. Mr. Sheppard, at the time, was working and unable to give the coworker a ride himself. Instead of doing nothing, Mr. Sheppard uploaded his pay check to his back account, downloaded Uber on his phone, and paid for this coworker to get home safe to their family. Due to act of kindness similar to this, Mr. Sheppard has a tremendous amount of respect and is well liked in the central Ohio. I genuinely believe that Mr.Sheppard is a good, law abiding man and an overall asset to his community.

Respectfully,
Ethan Fitzsimmons

April 13, 2023

Honorable John D. Bates
United States District Judge

Dear Judge Bates,

My name is Eric Milisavljevich.  I am writing on behalf of Alexander Sheppard.  I live in Columbus, Ohio, and work as a Realtor for Red One Realty.  I know Alex through his parents, who have been friends with my wife since 1999.  I met Alex in 2011 when our families started meeting for dinner, and my wife and I would attend Alex's sporting events.  Currently, I see Alex occasionally at his parents' house and I have dinner sometimes at the two restaurants he works at.  I always make a point of talking to him and checking in to see how he is doing.

I would describe Alex as hard working and honest.  After high school, Alex worked full time as a Sales Rep for Cutco, a company that sells knives through direct sales.  Shortly after he started working there, Alex reached out to my wife and I and set up a meeting in our home to demo the Cutco products.  I'll admit, I gave Alex a tough time and challenged him on several things.  He did not miss a beat and had great answers for everything.  We ended up buying (a lot) from him.  I was impressed with his follow up and his honesty.  If Alex said he was going to do something, he did.  He went on to be a District Manager, and hired, trained, and managed a staff of mostly teenagers.  Not an easy task, but he did well and was recognized for his hard work and results with trips to Jamaica and France.  He still works all the time.  I know the easiest way to see Alex is to have dinner at one of the restaurants he works at.  Alex is well liked by his co-workers, managers, and customers.

I know Alex has a lot of family and friends who are closer to him than I am, but I felt compelled to write this on his behalf because Alex is a thoughtful, hardworking, and honest young adult, and although I understand what he did was wrong, I still see him as a great kid.  I have a son and daughter close to Alex's age.  Even though they are all adults, they will always be kids in my eyes.  I know Alex regrets his actions, but even more I know he regrets the pain he's caused his family, especially his mom and dad.

Your Honor, I hope you will be lenient with Alex.  Please consider community service and not prison.  His work ethic will go a long way in helping others in our community.

Respectfully,

*Eric Milisavljevich*

Eric Milisavljevich

To:  Honorable John D. Bates, United States District Judge

Date: April 9, 2023

Subject: Character reference letter for Alexander Sheppard


Your Honor,

We are Alex's aunt and uncle, Lori and Drew Sheppard.  Lori works in operations at a small plant importing company, and Drew is the COO of a small software company.  We have known Alex his entire life as our families are both in Columbus, Ohio, living roughly 4 miles apart.

Words that we can use to describe Alex include hard working, humorous, personable, and helpful.  We think of these based on decades of family gatherings and community interactions.  There are a few specific things that come to mind that exemplify these qualities.  First in high school we recall Alex taking a lead in running a small choral ensemble that helped the underclassmen with the music.  Second, we saw this when he successfully went right in to sales directly out of high school.  His rapid advancement was objective evidence of his accomplishments.

The biggest example is when Alex accompanied Drew on a mission trip to a poor rural area in Honduras as part of celebrating his graduation from high school.  The group spent the week building an outdoor kitchen literally by hand out of bricks and concrete as these are two local affordable building materials.  This allowed the residents to cook (using scrap wood for fuel) more safely.  The included photos are from that trip.  Alex was hard working and helped the group accomplish challenging goals.  At the same time, he brought a positive vibe to the group dynamic, as well as in his interactions with the local nonprofit staff and the youth that it served.

Thank you for reading our letter.  We are hopeful that you will consider some of Alex's background and beneficial qualities while deciding on the next phase of his proceedings.  We are happy to discuss this letter by phone or email if that is appropriate and valuable in your deliberations.


Sincerely,

Drew Sheppard

Lori Sheppard







April 10, 2023

Honorable John D. Bates
United States District Judge
Washington DC


Dear Honorable John D. Bates:

The purpose of the letter is a character reference for Alexander "Alex" Sheppard.  I have stayed up to date on the charges brought up against Alex and being found guilt during trial.  I do want to personally ask that you consider Alex as a young man who made a mistake and regrets his actions on that day, and to extremely consider leniency during sentencing.  I strongly believe the Alex I know for over 15 years is an individual who made a serious mistake and will learn from his actions and continue on as a very productive person

My name is David Tabata, I am a 60-year resident in Columbus, Ohio and previously lived in the same community where Alex and his family resided.  Two years ago, we moved to another community but stay in regular contact with Alex's parents close friends of mine.  I currently work from home as a sales consultant to the utility industry.

I met the Sheppard family via my son's involvement with Alex and Jacob (Alex's brother) attending school together and other athletic and social activities.  The Sheppard family has always been extremely respected in the community, and I volunteered with Alex's father on the community youth football team and several school and community functions.  In addition numerous families get together with a large group of friends all connected through our kids.  At these events, I had the opportunity to chat with Alex and he was always respectful and spent time engaging.  He was very close to his grandfather, and I use to see Alex and his grandfather Del at the local donut shop in deep conversations, laughing and enjoying each other's company.  I would stop by their table and Alex would address me as Mr. Tabata and ask me how I and the family were doing.   Big smile on his face and the three of us would chat for a period of time.

What I was most impressed by with Alex was his drive to success when he latched onto an opportunity.  The one most current was when he was selling for a company which took him to Dayton, Ohio to expand his capabilities.  A young man moving away from home, taking a leadership role, and establishing new relationships and accomplishing his goals.   I was so happy for Alex.

I always respected Alex and continue to do so.  He is a good hearted, well mannered young man, honest and a strong character he learned from his family

I love Alex and his family and care so much.

Thank you for your time reading this letter.

Sincerely,

David Tabata

To the Honorable John D Bates,

Good morning my name is Henry Dale. I'm 53 and Lead Painter at Action Group Inc. Reaching out today for Alex. I coached baseball for Worthington Kilbourne High School for 3 yrs while Alex was student, and have become friends with his parents in the years since. As a coach you liked having a kid like Alex. Wasn't as athletic as some but had more heart than most. Always willing to put in the extra effort to get better. As a teammate always there to cheer on his team. Also coached him for two summers.

My interactions over the years with Alex were always good ones. And I've enjoyed our conversations when meeting in public always referring to me as Coach Dale. From what I can recall Alex was a also a good student and respectful. Whether or not I agree or disagree with what has had happened I believe everyone deserves a second chance to correct what he or she has done. Believed it on the field and most importantly to me off the field as well.

I can't speak for his actions, I can only speak if the respectful young man I got to know and enjoy talking to. Thank you for your time. Henry Dale

Honorable John D. Bates                                                April 13, 2023
United States District Judge


Dear Honorable John D. Bates.

My name is Clark Huskey.  I am the Vice President of Americas Top Insurance, an independent property and casualty agency in Columbus, Ohio.  I am Alex Sheppard's favorite uncle.

I am writing to you as a character witness on behalf of Alex Sheppard. Most of my interactions with Alex have occurred at family functions, sporting events and dinners with Alex's parents, my family and my late father Clarence Huskey.  Alex's infectious smile and quiet demeanor are always present at our gatherings.

 Growing up Alex was heavily influenced by his loving parents, of course, and his grandfather Clarence. Clarence, my father, was one of the most giving individuals you would ever meet, and this trait has become part of Alex.  Another trait he learned from his grandfather was his entrepreneurial and sales abilities.  What Alex achieved at Cutco, at such a young age, was impressive.  My father also taught us all, his 6 children and 9 grandchildren, that when we make mistakes it does not have to define our future.

I am confident that Alex can learn from his mistakes, re-set and move forward to make a positive impact in many people's lives.  Therefore, I ask for leniency during sentencing.


                              Sincerely,

                              Clark Huskey

To the Honorable John D. Bates, United States District Judge. My name is Brittiney Johnson and I am the General Manager at Chubbys Restaurant where both Alex and I are employed. I've known Alex and his family as customers of Chubbys since 2007. Alex and his brother attended Worthington Kilbourne nearby. A lot of Kilbourne parents, staff, teachers, and students choose Chubbys as their neighborhood spot. I consider the Sheppard's to have been a strong pilar in their tight knit community. Both the boys were active participants in school and sports.

When Alex requested to pursue a job in bar backing and serving, I hired him on the spot. I knew his background and that he was a good person and came from a loving family. I trust Alex whole heartedly. Customers and staff have always enjoyed him and appreciated his positive attitude overall. He's a man of his word, punctual, kind, and aside from his political views, understanding and compassionate towards people of all walks of life and beliefs. He goes above and beyond when it comes to fulfilling his job duties and finds extra organizational tasks without being asked. I've never heard him speak ill will on others. I consider him an

**asset to Chubby's. I admire Alex for always standing for something and never straying from being hisself, especially at such a young age. We've discussed Alex's soon to be fate and he expresses great remorse for his actions. Given the chance to "turn back time," he regrets the choices he made on January 6.  I know he's anxious that the outcome may not be in his favor and the thought of being away from his friends and family is scary. He's a good guy and whatever the outcome I would always welcome him back as an employee of Chubbys.**

Respectfully,

Brittiney Johnson

