UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| vs. | : | Case No.: 21-CR-203 (JDB) |
| **ALEXANDER SHEPPARD,** | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

**Name and address of appellant:**     Alexander Sheppard

**Name and address of appellant's attorney:**     Maria Jacob
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense**: 18 U.S.C. 1512(c)(2) and 2; Tampering With A Witness, Victim Or Informant; Obstruction of an Official Proceeding and Aiding and Abetting (1); 18 U.S.C. 1752(a)(1); Temporary Residence Of The President; Entering and Remaining in a Restricted Building or Grounds (2); 18 U.S.C. 1752(a)(2); Temporary Residence Of The President; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3); 40 U.S.C. 5104(e)(2)(D); Violent Entry And Disorderly Conduct On Capitol Grounds; Disorderly Conduct in a Capitol Building (5); 40 U.S.C. 5104(e)(2)(G); Violent Entry And Disorderly Conduct On Capitol Grounds; Parading, Demonstrating, or Picketing in a Capitol Building (6).

**Concise statement of judgment or order, giving date, and any sentence:** Counts 1-3, 5, 6. Defendant sentenced to Nineteen (19) months on Count 1, Twelve (12) months on Counts 2 and 3, Six (6) months on Counts 5 and 6, all terms of imprisonment to run concurrently; followed by Supervised Release of Twenty-Four (24) months on Count 1 and Twelve (12) months on Counts 2 and 3, all terms of supervised release to run concurrently. Special assessment of $100 on Count 1, $25 on Counts 2 and 3, $10 on Counts 5 and 6 (for a total of $170). A Fine of $1000 and Restitution of $2000. Defendant allowed to self-surrender.

**Name of institution where now confined, if not on bail:**   Bond Status of Defendant: Continue on Personal Recognizance

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| September 19, 2023 | Alexander Sheppard |
| DATE | APPELLANT |
| | |
| CJA, NO FEE       FPD | Maria Jacob |
| PAID USDC FEE   NO | ATTORNEY FOR APPELLANT |
| PAID USCA FEE   NO | |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes