APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00203−JDB</u> All Defendants

Case title: USA v. SHEPPARD

Magistrate judge case number:  1:21−mj−00248−RMM

Date Filed: 03/12/2021

Assigned to: Judge John D. Bates

**<u>Defendant (1)</u>**

**ALEXANDER SHEPPARD**  represented by  **Maria Jacob**
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
625 Indiana Ave, N.W.
Washington, DC 20004
(202) 208−7500
Fax: (202) 208−7515
Email: maria_jacob@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Tony W. Miles**
MILES LAW PLLC
1717 K Street, NW
Suite 900
Washington, DC 20006
202−717−6733
Email: tonymiles@mileslawpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

| <u>Pending Counts</u> | <u>Disposition</u> |
| --- | --- |
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1) | 9/5/2023: Defendant sentenced to Nineteen (19) months of incarceration, to run concurrent with all counts; Twenty−Four (24) months of supervised release, to run concurrent with counts Two (2) and Three (3); Special Assessment $100; Fine $1000; Restitution $2000. 1/26/2023: JURY VERDICT OF GUILTY. |

18 U.S.C. 1752(a)(1);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Entering and
Remaining in a Restricted
Building or Grounds
(2)

9/5/2023: Defendant sentenced to Twelve (12)
months of incarceration, to run concurrent with all
counts; Twenty–Four (24) months of supervised
release, to run concurrent with counts One (1) and
Three (3); Special Assessment $25; Fine $1000;
Restitution $2000. 1/26/2023: JURY VERDICT OF
GUILTY.

18 U.S.C. 1752(a)(2);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Disorderly
and Disruptive Conduct in a
Restricted Building or Grounds
(3)

9/5/2023: Defendant sentenced to Twelve (12)
months of incarceration, to run concurrent with all
counts; Twenty–Four (24) months of supervised
release, to run concurrent with counts One (1) and
Two (2); Special Assessment $25; Fine $1000;
Restitution $2000. 1/26/2023: JURY VERDICT OF
GUILTY.

40 U.S.C. 5104(e)(2)(A);
VIOLENT ENTRY AND
DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Entering
and Remaining on the Floor of
Congress
(4)

1/26/2023: JURY VERDICT OF NOT GUILTY.

40 U.S.C. 5104(e)(2)(D);
VIOLENT ENTRY AND
DISORDERLY CONDUCT ON
CAPITOL GROUNDS;
Disorderly Conduct in a Capitol
Building
(5)

9/5/2023: Defendant sentenced to Six (6) months of
incarceration, to run concurrent with all counts;
Special Assessment $10; Fine $1000; Restitution
$2000. 1/26/2023: JURY VERDICT OF GUILTY.

40 U.S.C. 5104(e)(2)(G);
VIOLENT ENTRY AND
DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Parading,
Demonstrating, or Picketing in a
Capitol Building
(6)

9/5/2023: Defendant sentenced to Six (6) months of
incarceration, to run concurrent with all counts;
Special Assessment $10; Fine $1000; Restitution
$2000. 1/26/2023: JURY VERDICT OF GUILTY.

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

2

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D), 40:5104(e)(2)(G) and 18:1512(c)(2) | |

---

**Plaintiff**

| **USA** | represented by | **Andrew Talis Floyd** |
|---|---|---|

U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–6841
Email: andrew.floyd@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Craig Estes**
USAO
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748–3100
Email: craig.estes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Mary Lyle Dohrmann**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 4th St, NW
Washington, DC 20530
(202) 252–7035
Email: mary.dohrmann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Sonia Mittal**
DOJ–USAO
United States Attorney's Office for the
District of Col
555 Fourth Street NW
Washington, DC 20530
202–252–7759
Email: sonia.mittal@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2021 | 1 | SEALED COMPLAINT as to ALEXANDER SHEPPARD (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21−mj−00248−RMM] (Entered: 02/22/2021) |
| 02/22/2021 | 3 | MOTION to Seal Case by USA as to ALEXANDER SHEPPARD. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21−mj−00248−RMM] (Entered: 02/22/2021) |
| 02/22/2021 | 4 | ORDER granting 3 Motion to Seal Case as to ALEXANDER SHEPPARD (1). Signed by Magistrate Judge Robin M. Meriweather on 02/22/2021. (zstd) [1:21−mj−00248−RMM] (Entered: 02/22/2021) |
| 02/23/2021 |  | Case unsealed as to ALEXANDER SHEPPARD (bb) [1:21−mj−00248−RMM] (Entered: 02/24/2021) |
| 02/23/2021 | 5 | Arrest Warrant Returned Executed on 2/23/2021 as to ALEXANDER SHEPPARD in Columbus, Ohio. (zltp) Modified on 3/15/2021 (zltp). [1:21−mj−00248−RMM] (Entered: 03/15/2021) |
| 03/02/2021 | 7 | ORDER Setting Conditions of Release as to ALEXANDER SHEPPARD (1) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 3/2/2021. (ztl) Modified on 3/15/2021 (zltp). [1:21−mj−00248−RMM] (Entered: 03/07/2021) |
| 03/02/2021 |  | ORAL MOTION to Appoint Counsel by ALEXANDER SHEPPARD (1). (zpt) (Entered: 03/15/2021) |
| 03/02/2021 |  | JOINT ORAL MOTION for Speedy Trial Waiver by USA as to ALEXANDER SHEPPARD (1). (zpt) (Entered: 03/15/2021) |
| 03/02/2021 |  | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: VTC Initial Appearance as to ALEXANDER SHEPPARD (1) held on 3/2/2021. Oral Motion to Appoint Counsel by ALEXANDER SHEPPARD (1) Heard and Granted. Joint Oral Motion by the Government for Speedy Trial Waiver as to ALEXANDER SHEPPARD (1) Heard and Granted. Time between 3/2/2021 and 3/16/2021 (14 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T. Bond Status of Defendant: Defendant Remains on Personal Recognizance; FTR Time Frame: CTRM 4 [1:21:22−1:31:26], [2:29:09−2:36:32]; Defense Attorney: Tony Miles; US Attorney: Jacob Steiner for Mary Dohrmann; Pretrial Officer: Dashanta ValentineLewis; (zpt) (Entered: 03/15/2021) |
| 03/12/2021 | 8 | INDICTMENT as to ALEXANDER SHEPPARD (1) count(s) 1, 2, 3, 4, 5, 6. (zltp) (Entered: 03/15/2021) |
| 03/15/2021 |  | MINUTE ORDER: The hearing currently scheduled for March 16, 2021 is hereby VACATED, as the government has formally charged ALEXANDER SHEPPARD and there are no additional matters necessitating action by a magistrate judge. If a hearing has not been scheduled before the assigned district judge, the parties are respectfully directed to contact the chambers of the assigned district judge to schedule a hearing. Signed by Magistrate Judge Zia M. Faruqui on 3/15/2021. (ztl) (Entered: 03/16/2021) |
| 03/16/2021 |  |  |

| | | Set/Reset Hearings as to ALEXANDER SHEPPARD: Arraignment set for 3/19/2021 at 10:30 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 03/16/2021) |
|---|---|---|
| 03/19/2021 | | Minute Entry: Arraignment as to ALEXANDER SHEPPARD (1) held on 3/19/2021 before Judge John D. Bates on Counts 1,2,3,4,5 and 6: Plea of NOT GUILTY entered by ALEXANDER SHEPPARD (1) on all counts. Parties discussed discovery and protective order. Status Conference set for 6/1/2021 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 03/19/2021 and 06/01/2021 shall be excluded from the speedy trial calculation. Defendant remains on release; Court Reporter: Lisa Bankins; Defense Attorney: Tony Miles; US Attorney: Mary Dohrmann. (tb) (Entered: 03/19/2021) |
| 03/19/2021 | 10 | DUE PROCESS PROTECTIONS ACT ORDER as to ALEXANDER SHEPPARD (1). Signed by Judge John D. Bates on 03/19/2021. (tb) (Entered: 03/19/2021) |
| 04/30/2021 | 11 | NOTICE OF ATTORNEY APPEARANCE: Maria Jacob appearing for ALEXANDER SHEPPARD (Jacob, Maria) (Entered: 04/30/2021) |
| 05/21/2021 | 12 | Unopposed MOTION for Disclosure *of Items Protected by Fed. R. of Crim. Procedure 6(e) and Sealed Materials* by USA as to ALEXANDER SHEPPARD. (Attachments: # 1 Text of Proposed Order)(Dohrmann, Mary) (Entered: 05/21/2021) |
| 05/21/2021 | 13 | Unopposed MOTION for Protective Order by USA as to ALEXANDER SHEPPARD. (Attachments: # 1 Text of Proposed Order, # 2 Declaration)(Dohrmann, Mary) (Entered: 05/21/2021) |
| 05/27/2021 | 15 | Joint MOTION to Continue *Status Hearing* by USA as to ALEXANDER SHEPPARD. (Attachments: # 1 Text of Proposed Order)(Dohrmann, Mary) (Entered: 05/27/2021) |
| 05/28/2021 | 16 | PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal as to ALEXANDER SHEPPARD. Signed by Judge John D. Bates on 05/27/2021. (tb) (Entered: 05/28/2021) |
| 05/28/2021 | 17 | ORDER granting 12 motion for an order to disclose items protected by Fed. R. Crim. P. 6(e) and sealed materials as to ALEXANDER SHEPPARD. See text of Order for details. Signed by Judge John D. Bates on 05/27/2021. Signed by Judge John D. Bates on 05/27/2021. (tb) (Entered: 05/28/2021) |
| 05/28/2021 | | MINUTE ORDER: Upon consideration of 15 the parties joint motion to continue status hearing, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the status conference currently set for June 1, 2021 at 10:00 a.m. is RESCHEDULED for July 19, 2021, at 10:00 a.m. The Court finds in the interest of justice (XT) that the time between 06/01/2021 and 07/19/2021 shall be excluded from the speedy trial calculation. SO ORDERED by Judge John D. Bates on 05/27/2021. (tb) (Entered: 05/28/2021) |
| 05/28/2021 | | Set/Reset Deadlines/Hearings as to ALEXANDER SHEPPARD:Status Conference reset for 7/19/2021 at 10:00 PM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 05/28/2021) |
| 07/13/2021 | 18 | NOTICE *of Memorandum Regarding Status of Discovery* by USA as to ALEXANDER SHEPPARD (Attachments: # 1 Exhibit)(Dohrmann, Mary) (Entered: 07/13/2021) |

| 07/22/2021 | 20 | Joint MOTION to Continue *Status Hearing* by USA as to ALEXANDER SHEPPARD. (Attachments: # 1 Text of Proposed Order)(Dohrmann, Mary) (Entered: 07/22/2021) |
|---|---|---|
| 07/23/2021 | | MINUTE ORDER as to ALEXANDER SHEPPARD: Granting 20 Joint Motion to Continue Status Hearing. It is hereby ORDERED that the status hearing previously scheduled for July 19, 2021, is CONTINUED to September 17, 2021 at 10:00 AM before Judge John D. Bates; and it is further ordered that the Court finds that the interests of justice outweigh the defendant and the publics interest in a speedy trial such that the time from July 19, 2021, to September 17 2021, shall be excluded under the Speedy Trial Act. SO ORDERED by Judge John D. Bates on 07/23/2021. (tb) (Entered: 07/23/2021) |
| 07/23/2021 | | Set/Reset Hearings as to ALEXANDER SHEPPARD: Status Conference reset for 9/17/2021 at 10:00 AM in Courtroom 30A– In Person before Judge John D. Bates. (tb) (Entered: 07/23/2021) |
| 09/16/2021 | 22 | NOTICE *of Memorandum Regarding Status of Discovery as of August 23, 2021* by USA as to ALEXANDER SHEPPARD (Dohrmann, Mary) (Entered: 09/16/2021) |
| 09/16/2021 | 23 | NOTICE *of Memorandum Regarding Status of Discovery as of September 14, 2021* by USA as to ALEXANDER SHEPPARD (Dohrmann, Mary) (Entered: 09/16/2021) |
| 09/16/2021 | | Set/Reset Hearings as to ALEXANDER SHEPPARD: Status Conference set for 9/17/2021 at 10:00 AM by Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 09/16/2021) |
| 09/17/2021 | | Minute Entry: Status Conference as to ALEXANDER SHEPPARD held on 9/17/2021 before Judge John D. Bates: Parties discussed discovery. Status Conference set for 11/16/2021 at 12:00 PM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 09/17/2021 and 11/16/2021 shall be excluded from the speedy trial calculation. Defendant remains on release. Court Reporter: Bryan Wayne; Defense Attorney: Maria Jacob; US Attorney: Mary Dohrmann. (tb) (Entered: 09/17/2021) |
| 10/25/2021 | 24 | NOTICE *of Memorandum Regarding Status of Discovery as of October 21, 2021* by USA as to ALEXANDER SHEPPARD (Dohrmann, Mary) (Entered: 10/25/2021) |
| 11/05/2021 | 25 | NOTICE *of Memorandum Regarding Status of Discovery as of November 5, 2021* by USA as to ALEXANDER SHEPPARD (Dohrmann, Mary) (Entered: 11/05/2021) |
| 11/16/2021 | | Minute Entry: Status Conference as to ALEXANDER SHEPPARD held on 11/16/2021 before Judge John D. Bates: Parties discussed discovery. Status Conference set for 1/26/2022 at 11:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 11/16/2021 and 01/26/2022 shall be excluded from the speedy trial calculation. Defendant remains on release. Court Reporter: Sara Wick; Defense Attorney: Maria Jacob; US Attorney: Mary Dohrmann. (tb) (Entered: 11/16/2021) |
| 01/26/2022 | | Minute Entry: Status Conference as to ALEXANDER SHEPPARD held on 1/26/2022 before Judge John D. Bates: Parties discussed discovery. Status Conference set for 4/4/2022 at 10:30 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 01/26/2022 and 04/04/2022 shall be excluded from the speedy trial calculation. Defendant remains on release. Court Reporter: Jan Dickman; Defense Attorney: Maria Jacob; US Attorney: Mary |

| | | |
|---|---|---|
| | | Dohrmann. (tb) Modified corrected court reporter on 1/27/2022 (tb). (Entered: 01/27/2022) |
| 02/11/2022 | 28 | NOTICE *of Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to ALEXANDER SHEPPARD (Dohrmann, Mary) (Entered: 02/11/2022) |
| 04/04/2022 | | Minute Entry for proceedings held before Judge John D. Bates: Status Conference as to ALEXANDER SHEPPARD held via videoconference on 4/4/2022. Parties discussed discovery. Status Conference set for 5/23/2022 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 04/04/2022 and 05/23/2022 shall be excluded from the speedy trial calculation. Bond Status of Defendant: Remains on PR bond/Appeared via video; Court Reporter: Lisa Bankins; Defense Attorney: Maria Jacob; US Attorney: Mary Dohrmann. (zacr) (Entered: 04/04/2022) |
| 04/12/2022 | | Set/Reset Hearings as to ALEXANDER SHEPPARD: Status Conference reset for 5/23/2022 at 10:30 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 04/12/2022) |
| 05/20/2022 | 31 | Joint MOTION to Continue *Status Hearing*, Joint MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to ALEXANDER SHEPPARD. (Attachments: # 1 Text of Proposed Order)(Dohrmann, Mary) (Entered: 05/20/2022) |
| 05/20/2022 | | MINUTE ORDER: Upon consideration of 31 the parties' joint motion to continue status hearing, and the entire record herein, the motion is hereby GRANTED; it is further ORDERED that the status hearing in this matter currently scheduled for May 23, 2022 at 10:00 AM is RESCHEDULED to June 21 at 11:30 AM, to be held via Zoom; and it is further ORDERED that, with the consent of the defendant and the government, the time between May 23, 2022, and June 21, 2022, will be excluded from the computation of time under the Speedy Trial Act, as the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial. SO ORDERED. Signed by Judge John D. Bates on 5/20/2022. (lcjdb3) (Entered: 05/20/2022) |
| 05/23/2022 | | Set/Reset Hearings as to ALEXANDER SHEPPARD: Status Conference set for 6/21/2022 at 11:30 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 05/23/2022) |
| 06/16/2022 | 32 | Joint MOTION to Continue *Status Hearing* by USA as to ALEXANDER SHEPPARD. (Attachments: # 1 Text of Proposed Order)(Dohrmann, Mary) (Entered: 06/16/2022) |
| 06/17/2022 | | MINUTE ORDER: Upon consideration of 32 the parties joint motion to continue, and the entire record herein, the motion is hereby GRANTED; it is further ORDERED that the status hearing in this matter currently scheduled for June 21, 2022 at 11:30 AM is RESCHEDULED to July 25, 2022 at 11:00 AM, to be held via Zoom; and it is further ORDERED that, with the consent of the defendant and the government, the time between June 21, 2022 and July 25, 2022 will be excluded from the computation of time under the Speedy Trial Act, as the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial. SO ORDERED by Judge John D. Bates on 06/17/2022. (tb) (Entered: 06/17/2022) |
| 06/17/2022 | | Set/Reset Hearings as to ALEXANDER SHEPPARD:Status Conference reset for 7/25/2022 at 11:00 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: |

| | | |
|---|---|---|
| | | 06/17/2022) |
| 07/25/2022 | | Minute Entry for Zoom Status Conference proceeding held on 7/25/22 before Judge John D. Bates as to ALEXANDER SHEPPARD. The Court finds in the interest of justice (XT) that the time between 7/25/2022 and 8/23/2022 shall be excluded from the speedy trial calculation. Status Conference set for 8/23/2022 at 10:00 AM before Judge John D. Bates via Zoom. Bond Status of Defendant: remains on PR Bond/appeared by video; US Attorney: Kimberly Pashchall (for Mary Dohrmann); Defense Attorney: Maria Jacob; Court Reporter: Tammy Nestor. (zgdf) (Entered: 07/25/2022) |
| 08/23/2022 | | Minute Entry for Zoom Status Conference proceeding held on 8/23/22 before Judge John D. Bates as to ALEXANDER SHEPPARD. The Court finds in the interest of justice (XT) that the time between 8/23/2022 and 9/21/2022 shall be excluded from the speedy trial calculation. Status Conference set for 9/21/2022 at 10:00 AM before Judge John D. Bates via Zoom. Parties to advise Court in advance if Defendant accepts a plea. Bond Status of Defendant: remains on PR Bond/appeared by video. US Attorney: Mary Dohrmann. Defense Attorney: Maria Jacob. Court Reporter: Cathryn Jones. (smc) (Entered: 08/23/2022) |
| 09/20/2022 | | Set/Reset Hearings as to ALEXANDER SHEPPARD:Status Conference reset for 9/21/2022 at 09:30 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 09/20/2022) |
| 09/21/2022 | | Minute Entry: Status Conference as to ALEXANDER SHEPPARD held on 9/21/2022 before Judge John D. Bates: Parties to file a joint proposed briefing schedule. Motions due by 10/21/2022. Response due by 11/15/2022. Reply due by 11/22/2022. Jury Trial set for 1/23/2023 at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. Status Conference set for 12/2/2022 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 09/21/22 and 12/2/22 shall be excluded from the speedy trial calculation. Defendant remains on release. US Attorney: Mary Dohrmann; Defense Attorney: Maria Jacob; Court Reporter: Bryan Wayne. (tb) (Entered: 09/21/2022) |
| 10/21/2022 | 37 | MOTION to Dismiss Count *One, Two, Three, and Six of the Indictment* by ALEXANDER SHEPPARD. (Jacob, Maria) (Entered: 10/21/2022) |
| 10/21/2022 | 38 | MOTION to Change Venue by ALEXANDER SHEPPARD. (Attachments: # 1 Exhibit)(Jacob, Maria) (Entered: 10/21/2022) |
| 10/21/2022 | 39 | MOTION to Compel *Discovery* by ALEXANDER SHEPPARD. (Jacob, Maria) (Entered: 10/21/2022) |
| 10/21/2022 | 40 | NOTICE *of Affirmative Defense* by ALEXANDER SHEPPARD (Jacob, Maria) (Entered: 10/21/2022) |
| 11/04/2022 | 41 | NOTICE OF ATTORNEY APPEARANCE Craig Estes appearing for USA. (Estes, Craig) (Entered: 11/04/2022) |
| 11/04/2022 | 42 | NOTICE OF ATTORNEY APPEARANCE Sonia Mittal appearing for USA. (Mittal, Sonia) (Entered: 11/04/2022) |
| 11/04/2022 | 43 | RESPONSE by USA as to ALEXANDER SHEPPARD re 40 Notice (Other) *of Public Authority Defense* (Estes, Craig) (Entered: 11/04/2022) |
| 11/14/2022 | 44 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to 39 MOTION to Compel *Discovery* by USA as to ALEXANDER SHEPPARD. (Estes, Craig) (Entered: 11/14/2022) |
| 11/14/2022 | | MINUTE ORDER: Upon consideration of 44 the government's unopposed motion for extension of time, and entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the government shall file its response to 39 defendant's motion to compel discovery by not later than November 22, 2022; and it is further ORDERED that defendant shall file any reply in support of such motion by not later than November 29, 2022. SO ORDERED. Signed by Judge John D. Bates on 11/14/2022. (lcjdb3) (Entered: 11/14/2022) |
| 11/15/2022 | 45 | RESPONSE by USA as to ALEXANDER SHEPPARD re 38 MOTION to Change Venue (Mittal, Sonia) (Entered: 11/15/2022) |
| 11/15/2022 | 46 | RESPONSE by USA as to ALEXANDER SHEPPARD re 37 MOTION to Dismiss Count *One, Two, Three, and Six of the Indictment* (Estes, Craig) (Entered: 11/15/2022) |
| 11/15/2022 | | Set/Reset Deadlines as to ALEXANDER SHEPPARD: Response due by 11/22/2022. Reply due by 11/29/2022. (tb) (Entered: 11/15/2022) |
| 11/17/2022 | | MINUTE ORDER: Upon consideration of 47 the government's motion for leave to file under seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ordered that the attached transcripts [47–1], [47–2], and [47–3] shall be filed under seal by the Clerk of Court. SO ORDERED. Signed by Judge John D. Bates on 11/17/2022. (lcjdb3) (Entered: 11/17/2022) |
| 11/22/2022 | 51 | REPLY by ALEXANDER SHEPPARD to 43 Government's Opposition to 40 Notice of Public Authority Defense (Jacob, Maria). Modified on 11/23/2022 to Add Link (zhsj). (Entered: 11/22/2022) |
| 11/22/2022 | 52 | Unopposed MOTION for Extension of Time to File Response/Reply as to 39 MOTION to Compel *Discovery* by USA as to ALEXANDER SHEPPARD. (Mittal, Sonia) (Entered: 11/22/2022) |
| 11/23/2022 | | MINUTE ORDER: Upon consideration of 52 the government's unopposed motion for extension of time, and entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the government shall file its response to 39 defendant's motion to compel discovery by not later than November 29, 2022; and it is further ORDERED that defendant shall file any reply in support of such motion by not later than December 6, 2022. SO ORDERED. Signed by Judge John D. Bates on 11/23/2022. (lcjdb3) (Entered: 11/23/2022) |
| 11/23/2022 | | Set/Reset Deadlines as to ALEXANDER SHEPPARD: Response due by 11/29/2022. Reply due by 12/6/2022. (jth) (Entered: 11/23/2022) |
| 11/29/2022 | 53 | RESPONSE by USA as to ALEXANDER SHEPPARD re 39 MOTION to Compel *Discovery* (Mittal, Sonia) (Entered: 11/29/2022) |
| 12/02/2022 | | Minute Entry: Status Conference as to ALEXANDER SHEPPARD held on 12/2/2022 before Judge John D. Bates: Parties discussed posture of case. Motion in Limine due by 12/16/2022. Response due by 12/29/2022. Reply due by 1/15/2023. Proposed Voir Dire due by 1/9/2023. Proposed Jury Instructions due by 1/9/2023. Witness List due by 1/18/2023. Jury Trial reset for 1/20/2023 at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. Pretrial Conference set for 1/11/2023 at 11:00 |

| | | |
|---|---|---|
| | | AM in Courtroom 30A– In Person before Judge John D. Bates ( defendant to appear by zoom). The Court finds in the interest of justice (XT) that the time between 12/2/22 and 01/20/23 shall be excluded from the speedy trial calculation. Defendant remains on release. US Attorney: Craig Estes and Sonia Mittal; Defense Attorney: Maria Jacob; Court Reporter: Sara Wick. (tb) (Entered: 12/02/2022) |
| 12/06/2022 | 54 | REPLY in Support by ALEXANDER SHEPPARD re 39 MOTION to Compel *Discovery* (Jacob, Maria) (Entered: 12/06/2022) |
| 12/08/2022 | | MINUTE ORDER: Upon consideration of 55 the defendant's motion for leave to file under seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ordered that [55−2] the attachment thereto, which is designated as Exhibit 1 to 54 his reply in support of his motion to compel, shall be filed under seal by the Clerk of Court. Signed by Judge John D. Bates on 12/8/2022. (lcjdb3) (Entered: 12/08/2022) |
| 12/08/2022 | 56 | SUPPLEMENT by USA as to ALEXANDER SHEPPARD re 40 Notice (Other) *Opposition to Notice of Public Authority Defense* (Attachments: # 1 Exhibit)(Estes, Craig) (Entered: 12/08/2022) |
| 12/12/2022 | 57 | RESPONSE by ALEXANDER SHEPPARD to 56 Government's Further Response in Opposition to Notice of Public Authority Defense. (Jacob, Maria) Modified on 12/13/2022 to Add Link (zhsj). (Entered: 12/12/2022) |
| 12/16/2022 | 59 | MOTION in Limine *to Preclude Certain Evidence at Trial* by ALEXANDER SHEPPARD. (Jacob, Maria) (Entered: 12/16/2022) |
| 12/16/2022 | 60 | MOTION in Limine by USA as to ALEXANDER SHEPPARD. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Estes, Craig) (Entered: 12/16/2022) |
| 12/27/2022 | 61 | RESPONSE by ALEXANDER SHEPPARD re 60 MOTION in Limine (Jacob, Maria) (Entered: 12/27/2022) |
| 12/28/2022 | 62 | ORDER denying defendant Alexander Sheppard's 37 motion to dismiss and 38 motion to transfer venue; granting in part and denying in part Sheppard's 39 motion to compel; and precluding Sheppard from relying on a public authority defense. See text of Order and accompanying Memorandum Opinion for details. Signed by Judge John D. Bates on 12/28/2022. (lcjdb3) (Entered: 12/28/2022) |
| 12/28/2022 | 63 | MEMORANDUM OPINION. Signed by Judge John D. Bates on 12/28/2022. (lcjdb3) (Entered: 12/28/2022) |
| 12/29/2022 | 64 | RESPONSE by USA as to ALEXANDER SHEPPARD re 59 MOTION in Limine *to Preclude Certain Evidence at Trial* (Estes, Craig) (Entered: 12/29/2022) |
| 01/05/2023 | 65 | REPLY in Support by ALEXANDER SHEPPARD re 59 MOTION in Limine *to Preclude Certain Evidence at Trial* (Jacob, Maria) (Entered: 01/05/2023) |
| 01/06/2023 | 66 | ORDER resolving 59 defendant Alexander Sheppard's motion in limine and 60 the government's omnibus motion in limine. See text of Order for details. Signed by Judge John D. Bates on 1/6/2023. (lcjdb3) (Entered: 01/06/2023) |
| 01/09/2023 | 67 | Unopposed MOTION to Strike *Portions of the Indictment* by USA as to ALEXANDER SHEPPARD. (Estes, Craig) (Entered: 01/09/2023) |
| 01/09/2023 | | |

10

| | | |
|---|---|---|
| | | MINUTE ORDER: Upon consideration of 67 the government's unopposed motion to strike portions of the indictment, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the language referring to the "Vice President–elect" in Counts Two and Three of the indictment is hereby STRICKEN. SO ORDERED. Signed by Judge John D. Bates on 1/9/2023. (lcjdb3) (Entered: 01/09/2023) |
| 01/09/2023 | 68 | Proposed Jury Instructions by USA as to ALEXANDER SHEPPARD (Mittal, Sonia) (Entered: 01/09/2023) |
| 01/09/2023 | 69 | Proposed Jury Instructions by ALEXANDER SHEPPARD (Jacob, Maria) (Entered: 01/09/2023) |
| 01/09/2023 | 70 | Proposed Voir Dire by ALEXANDER SHEPPARD (Jacob, Maria) (Entered: 01/09/2023) |
| 01/09/2023 | 71 | Proposed Voir Dire by USA as to ALEXANDER SHEPPARD (Mittal, Sonia) (Entered: 01/09/2023) |
| 01/11/2023 | | Minute Entry: Pretrial Conference as to ALEXANDER SHEPPARD held on 1/11/2023 before Judge John D. Bates: Defendant's presence waived by counsel. Parties discussed posture of case and trial issues. Defendant remains on release. US Attorney: Craig Estes and Sonia Mittal; Defense Attorney: Maria Jacob and Shelli Peterson; Court Reporter: Tammy Nestor. (tb) (Entered: 01/11/2023) |
| 01/17/2023 | 72 | AMENDED INDICTMENT by USA as to ALEXANDER SHEPPARD re 8 Indictment. (zhsj) (Entered: 01/18/2023) |
| 01/18/2023 | 73 | Proposed Jury Instructions by ALEXANDER SHEPPARD (Jacob, Maria) (Entered: 01/18/2023) |
| 01/18/2023 | 74 | WITNESS LIST by ALEXANDER SHEPPARD (Jacob, Maria) (Entered: 01/18/2023) |
| 01/18/2023 | 75 | EXHIBIT LIST by ALEXANDER SHEPPARD (Jacob, Maria) (Entered: 01/18/2023) |
| 01/18/2023 | 76 | WITNESS LIST by USA as to ALEXANDER SHEPPARD (Estes, Craig) (Entered: 01/18/2023) |
| 01/18/2023 | 77 | EXHIBIT LIST by USA as to ALEXANDER SHEPPARD (Estes, Craig) (Entered: 01/18/2023) |
| 01/19/2023 | 78 | NOTICE *of Objections to Government Exhibits* by ALEXANDER SHEPPARD (Jacob, Maria) (Entered: 01/19/2023) |
| 01/19/2023 | | Set/Reset Hearing as to ALEXANDER SHEPPARD: Status Conference set for 1/19/2023 at 1:00 PM in Telephonic/VTC before Judge John D. Bates. (jth) (Entered: 01/19/2023) |
| 01/19/2023 | | Minute Entry for proceedings held before Judge John D. Bates: Video (VTC)Status Conference as to ALEXANDER SHEPPARD held on 1/19/2023. Parties discussed Jury Selection. Jury Trial remains sschedule for 1/20/2023 at 9:30 AM in Courtroom 30A– In Person before Judge John D. Bates. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Maria Jacob and Michelle Peterson; US Attorneys: Craig Estes, Sonia Mittal and Andrew Floyd. (jth) (Entered: 01/19/2023) |

| 01/19/2023 | 81 | EXHIBIT LIST by ALEXANDER SHEPPARD (Jacob, Maria) (Entered: 01/19/2023) |
|---|---|---|
| 01/20/2023 | 82 | NOTICE OF ATTORNEY APPEARANCE Andrew Talis Floyd appearing for USA. (Floyd, Andrew) (Entered: 01/20/2023) |
| 01/20/2023 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Signed by Judge John D. Bates on 01/20/2023. (tb) (Entered: 01/20/2023) |
| 01/20/2023 | | Minute Entry: Jury Selection begun as to ALEXANDER SHEPPARD on 1/20/2023 before Judge John D. Bates on Counts 1 through 6: Jury selection begun and continued to 01/23/23. Defendant remains on release. Court Reporter: Tammy Nestor; Defense Attorneys: Maria Jacob and Michelle Peterson; US Attorneys: Craig Estes and Sonia Mittal. (tb) Modified on 1/24/2023 (tb). (Entered: 01/24/2023) |
| 01/23/2023 | | Minute Entry: Jury Trial as to ALEXANDER SHEPPARD held on 1/23/2023 before Judge John D. Bates on all counts: Jury of 12 plus 2 alternates. selected and sworn. Preliminary instructions; opening statements. Government witness: Shawn Patton. Jury Trial continued for 1/24/2023 at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. Defendant remains on release. Court Reporter: Tammy Nestor; Defense Attorneys: Maria Jacob and Michelle Peterson; US Attorneys: Craig Estes and Sonia Mittal (tb) (Entered: 01/23/2023) |
| 01/24/2023 | | Minute Entry: Jury Trial resumed as to ALEXANDER SHEPPARD held on 1/24/2023 before Judge John D. Bates on Counts 1 through 6: Same jury 12 plus 2 alternates. Government witnesses: Shawn Patton; Kevin McCumkber; Kyle Yetter; Elizabeth Glavey and Anthony Lagana. Jury Trial continued 1/25/2023 at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. Defendant remains on release. Court Reporter: Tammy Nestor; Defense Attorneys: Maria Jacob and Michelle Peterson; US Attorneys: Craig Estes and Sonia Mittal. (tb) (Entered: 01/24/2023) |
| 01/25/2023 | | Minute Entry: Jury Trial resumed as to ALEXANDER SHEPPARD on 1/25/2023 Judge John D. Bates on Counts 1 through 6: Same jury 12 plus 2 alternates. Government witness: Anthony Lagana. Defendant's oral motion for judgment of acquittal; heard and taken under advisement. Defense witness: Alexander Sheppard. Defense rested. Jury Trial continued to 1/26/2023 at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. Defendant remains on release. Court Reporter: Tammy Nestor; Defense Attorneys: Maria Jacob and Michelle Peterson; US Attorneys: Craig Estes and Sonia Mittal. (tb) (Entered: 01/25/2023) |
| 01/26/2023 | | Minute Entry: Jury Trial resumed as to ALEXANDER SHEPPARD on 1/26/2023 before Judge John D. Bates on Counts 1,2,3,4,5 and 6. Same jury 12 plus 2 alternates. Closing arguments; jury instructed; alternate jurors DISCHARGED and deliberations begun and concluded. Defendant's renewed oral motion for judgment of acquittal; heard and DENIED. Defendant found GUILTY on Counts 1,2,3,5,6 and NOT GUILTY on Count 4. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to ALEXANDER SHEPPARD. Sentencing Memoranda due by 4/20/2023. Sentencing set for 4/27/2023 at 02:30 PM in Courtroom 30A– In Person before Judge John D. Bates. Jury Notes (3); Responses (2). Government's oral motion to revoke defendant's bond and detention; heard and DENIED. Defendant remains on release. Court Reporter: Tammy Nestor; Defense Attorneys: Maria Jacob and Michelle Peterson; US Attorneys: Craig Estes and Sonia Mittal. (tb) Modified on |

| | | |
|---|---|---|
| | | 4/27/2023 (tb). Modified on 9/5/2023 to correct docket entry (zed). (Entered: 01/27/2023) |
| 01/26/2023 | 83 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to ALEXANDER SHEPPARD. (tb) (Entered: 01/27/2023) |
| 01/26/2023 | 84 | Jury Notes (4) as to ALEXANDER SHEPPARD. (tb) (Entered: 01/27/2023) |
| 01/26/2023 | 85 | COURT RESPONSES (2) to jury notes as to ALEXANDER SHEPPARD. (tb) (Entered: 01/27/2023) |
| 01/26/2023 | 86 | VERDICT FORM as to ALEXANDER SHEPPARD. (tb) (Entered: 01/27/2023) |
| 01/26/2023 | 87 | GOVERNMENT'S EXHIBIT LIST as to ALEXANDER SHEPPARD. (tb) Modified on 1/27/2023 (tb). (Entered: 01/27/2023) |
| 01/26/2023 | 88 | DEFENSE EXHIBIT LIST as to ALEXANDER SHEPPARD. (tb) (Entered: 01/27/2023) |
| 01/26/2023 | 89 | **Signature Page of Foreperson** as to ALEXANDER SHEPPARD in Notes (4). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (tb) (Entered: 01/27/2023) |
| 01/26/2023 | 90 | **Signature Page of Foreperson** as to ALEXANDER SHEPPARD in Verdict Form. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (tb) (Entered: 01/27/2023) |
| 04/20/2023 | 97 | SENTENCING MEMORANDUM by USA as to ALEXANDER SHEPPARD (Mittal, Sonia) (Entered: 04/20/2023) |
| 04/20/2023 | 98 | SENTENCING MEMORANDUM by ALEXANDER SHEPPARD (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Jacob, Maria) (Entered: 04/20/2023) |
| 04/26/2023 | 100 | MOTION to Continue *Sentencing*, MOTION for Leave to File *Motion for New Trial* by ALEXANDER SHEPPARD. (Jacob, Maria) (Entered: 04/26/2023) |
| 04/26/2023 | | MINUTE ORDER as to ALEXANDER SHEPPARD: Upon consideration of 100 the motion to continue sentencing, and the entire record herein, is it hereby ORDERED that the government shall file any response by the end of the day today, April 26, 2023, stating its position on whether the Court should continue the sentencing. The Court intends to decide the motion to continue sentencing at the start of the hearing tomorrow, April 27, 2023; and the parties, including defendant Alexander Sheppard, are expected to appear in person. SO ORDERED. Signed by Judge John D. Bates on 4/26/2023. (lcjdb3) Modified on 4/28/2023 (tb). (Entered: 04/26/2023) |
| 04/26/2023 | 101 | RESPONSE by USA as to ALEXANDER SHEPPARD re 100 MOTION to Continue *Sentencing* MOTION for Leave to File *Motion for New Trial* (Estes, Craig) (Entered: 04/26/2023) |
| 04/27/2023 | | Set/Reset Hearings as to ALEXANDER SHEPPARD: Sentencing set for 4/27/2023 at 02:30 PM in Courtroom 9– In Person before Judge John D. Bates. (tb) (Entered: 04/27/2023) |

| 04/27/2023 | 102 | REPLY in Support by ALEXANDER SHEPPARD re 100 MOTION to Continue *Sentencing* MOTION for Leave to File *Motion for New Trial* (Jacob, Maria) (Entered: 04/27/2023) |
| --- | --- | --- |
| 04/28/2023 | | Minute Entry: Status Conference as to ALEXANDER SHEPPARD held on 4/28/2023 before Judge John D. Bates: The Court GRANTS defendant's 100 Motion to Continue Sentencing as to ALEXANDER SHEPPARD (1). Parties may file additional briefs regarding the motion for the leave to motion for new trial. Order forthcoming. Defendant remains on release. Court Reporter: Nancy Meyers; Defense Attorneys: Maria Jacob and Michelle Peterson; US Attorneys: Craig Estes and Sonia Mittal. (tb) (Entered: 04/28/2023) |
| 05/01/2023 | | MINUTE ORDER as to ALEXANDER SHEPPARD: Upon consideration of 100 defendant's motion for leave to file, the representations at the April 28, 2023 hearing, and the entire record herein, it is hereby ORDERED that the government shall file any supplemental response by not later than May 12, 2023 and the defendant shall file any supplemental reply by not later than May 26, 2023. SO ORDERED. Signed by Judge John D. Bates on 5/1/2023. (lcjdb3) Modified on 5/2/2023 (tb). (Entered: 05/01/2023) |
| 05/02/2023 | | Set/Reset Deadlines as to ALEXANDER SHEPPARD: Response due by 5/12/2023. Reply due by 5/26/2023. (tb) (Entered: 05/02/2023) |
| 05/12/2023 | 103 | SUPPLEMENTAL RESPONSE by USA as to ALEXANDER SHEPPARD re 100 MOTION to Continue Sentencing, MOTION for Leave to File *Motion for New Trial. (Estes, Craig Modified Text on 5/15/2023 (zhsj). (Entered: 05/12/2023)* |
| 05/26/2023 | 104 | SUPPLEMENT by ALEXANDER SHEPPARD re 100 MOTION to Continue *Sentencing* MOTION for Leave to File *Motion for New Trial* (Jacob, Maria) (Entered: 05/26/2023) |
| 08/02/2023 | 105 | ORDER denying 100 defendant's motion for leave to file a motion for new trial. See text of Memorandum Opinion & Order for details. Signed by Judge John D. Bates on 8/2/2023. (lcjdb3) (Entered: 08/02/2023) |
| 08/02/2023 | | Set/Reset Hearing as to ALEXANDER SHEPPARD: Sentencing is scheduled for 9/5/2023 at 9:00 AM in Courtroom 30 in person before Judge John D. Bates. (jth) (Entered: 08/02/2023) |
| 08/02/2023 | | Set/Reset Hearing as to ALEXANDER SHEPPARD: Sentencing is Rescheduled for 9/5/2023 at 12:30 PM in Courtroom 30A in person before Judge John D. Bates. (jth) (Entered: 08/02/2023) |
| 09/01/2023 | 106 | SUPPLEMENTAL 97 SENTENCING MEMORANDUM by USA as to ALEXANDER SHEPPARD (Estes, Craig) Modified on 9/4/2023 (zhsj). Modified on 9/4/2023 (zhsj). (Entered: 09/01/2023) |
| 09/01/2023 | 107 | NOTICE of *Supplemental Authority* by ALEXANDER SHEPPARD (Attachments: # 1 Exhibit)(Jacob, Maria) (Entered: 09/01/2023) |
| 09/05/2023 | | Minute Entry for Sentencing proceeding held on 9/5/2023 before Judge John D. Bates as to ALEXANDER SHEPPARD on Counts 1–3, 5, 6. Defendant sentenced to Nineteen (19) months on Count 1, Twelve (12) months on Counts 2 and 3, Six (6) months on Counts 5 and 6, all terms of imprisonment to run concurrently; followed by Supervised Release of Twenty–Four (24) months on Count 1 and Twelve (12) months on Counts 2 and 3, all terms of supervised release to run concurrently. Special assessment of $100 on Count 1, $25 on Counts 2 and 3, $10 on Counts 5 and 6 (for a |

| | | |
|---|---|---|
| | | total of $170). A Fine of $1000 and Restitution of $2000. Defendant allowed to self–surrender. Bond Status of Defendant: Continue on Personal Recognizance; Defense Attorney: Maria Jacob; US Attorney: Kyle Mirabelli and Michael Barclay; Prob Officer: Robert Walters; Court Reporter: Bryan Wayne. (zed) (Entered: 09/08/2023) |
| 09/08/2023 | 108 | JUDGMENT as to ALEXANDER SHEPPARD. Statement of Reasons Not Included. Signed by Judge John D. Bates on 9/8/2023. (zhsj) (Entered: 09/14/2023) |
| 09/08/2023 | 109 | STATEMENT OF REASONS as to ALEXANDER SHEPPARD re 108 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge John D. Bates on 9/8/2023. (zhsj) (Entered: 09/14/2023) |
| 09/19/2023 | 110 | NOTICE OF APPEAL – Final Judgment by ALEXANDER SHEPPARD Fee Status: No Fee Paid. Parties have been notified. (Jacob, Maria) (Entered: 09/19/2023) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **vs.** | : | **Case No.: 21-CR-203 (JDB)** |
| **ALEXANDER SHEPPARD,** | : | |
| **Defendant.** | : | |

**NOTICE OF APPEAL**

**Name and address of appellant:**          Alexander Sheppard

**Name and address of appellant's attorney:**          Maria Jacob
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense**: 18 U.S.C. 1512(c)(2) and 2; Tampering With A Witness, Victim Or Informant; Obstruction of an Official Proceeding and Aiding and Abetting (1); 18 U.S.C. 1752(a)(1); Temporary Residence Of The President; Entering and Remaining in a Restricted Building or Grounds (2); 18 U.S.C. 1752(a)(2); Temporary Residence Of The President; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3); 40 U.S.C. 5104(e)(2)(D); Violent Entry And Disorderly Conduct On Capitol Grounds; Disorderly Conduct in a Capitol Building (5); 40 U.S.C. 5104(e)(2)(G); Violent Entry And Disorderly Conduct On Capitol Grounds; Parading, Demonstrating, or Picketing in a Capitol Building (6).

**Concise statement of judgment or order, giving date, and any sentence:** Counts 1-3, 5, 6. Defendant sentenced to Nineteen (19) months on Count 1, Twelve (12) months on Counts 2 and 3, Six (6) months on Counts 5 and 6, all terms of imprisonment to run concurrently; followed by Supervised Release of Twenty-Four (24) months on Count 1 and Twelve (12) months on Counts 2 and 3, all terms of supervised release to run concurrently. Special assessment of $100 on Count 1, $25 on Counts 2 and 3, $10 on Counts 5 and 6 (for a total of $170). A Fine of $1000 and Restitution of $2000. Defendant allowed to self-surrender.

**Name of institution where now confined, if not on bail:**  Bond Status of Defendant: Continue on Personal Recognizance

      **I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

September 19, 2023                              Alexander Sheppard_____
DATE                                           APPELLANT


CJA, NO FEE _____FPD_____                 Maria Jacob_____
PAID USDC FEE ___NO_____                  ATTORNEY FOR APPELLANT
PAID USCA FEE ___NO_____



Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia  ▢▼

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| ALEXANDER SHEPPARD | Case Number: 21-cr-203-JDB |
| | USM Number: 31293-509 |
| | Maria Jacob |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   One (1), Two (2), Three (3), Five (5) and Six (6) of the Indictment filed on 3/12/2021.
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8U.S.C.1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 1 |
| 18 U.S.C. 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 2 |
| | ***NEXT PAGE*** | | |

   The defendant is sentenced as provided in pages 2 through ___8___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)   Four (4)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/5/2023

Date of Imposition of Judgment

# John D. Bates

Digitally signed by John D. Bates
Date: 2023.09.08 16:22:51 -04'00'

Signature of Judge

John D. Bates, United States District Judge

Name and Title of Judge

9/8/2023

Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page    2    of    8

DEFENDANT: ALEXANDER SHEPPARD
CASE NUMBER:  21-cr-203-JDB

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8:1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Ground | 1/6/2021 | 3 |
| 40:5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 5 |
| 40:5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 6 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page   3   of   8  

DEFENDANT:  ALEXANDER SHEPPARD
CASE NUMBER:  21-cr-203-JDB

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

19 months (one year, seven months) as to Count One, 12 months (one year) as to each of Counts Two and Three, and 6 months (180 days) as to each of Counts Five and Six, with all counts to be served concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant to be incarcerated in a facility in Ohio.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at  _____ ☐ a.m. ☐ p.m.   on  _____.

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on  _____.

    ☐ as notified by the United States Marshal.

    ☑ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page   4   of   8

DEFENDANT:  ALEXANDER SHEPPARD
CASE NUMBER:  21-cr-203-JDB

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

24-month (two-year) period of supervised release as to Count One and a 12-month (one year) period of supervised release as to each of Counts Two and Three, with all counts to be served concurrently.

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
        ☐ The above drug testing condition is suspended, based on the court's determination that you
           pose a low risk of future substance abuse. *(check if applicable)*
4.    ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.    ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3A — Supervised Release

Judgment—Page   5   of   8

DEFENDANT: ALEXANDER SHEPPARD
CASE NUMBER: 21-cr-203-JDB

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3B — Supervised Release

Judgment—Page    6    of    8

DEFENDANT:  ALEXANDER SHEPPARD
CASE NUMBER:  21-cr-203-JDB

## ADDITIONAL SUPERVISED RELEASE TERMS

Financial Information Disclosure **-** You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions **-** You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

Financial Payment **-** You must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

Financial Payment Schedule **-** Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows: Payment in equal monthly installments of $100 a month over a period of 30 months, to commence after the date of this judgment.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___8___

DEFENDANT: ALEXANDER SHEPPARD
CASE NUMBER: 21-cr-203-JDB

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 170.00 | $ 2,000.00 | $ 1,000.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Payable to the Clerk of the Court for the United States Disrict Court for the District of Columbia for disbursement to the following victim: | | | |
| Architect of the Capital Office of the Chief Financial Officer Ford House Office Building, Room H2-205B Washington, DC 20515 | | $2,000.00 | |
| **TOTALS** | $          0.00 | $        2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the  ☑ fine  ☑ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT: ALEXANDER SHEPPARD
CASE NUMBER: 21-cr-203-JDB

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☐  Lump sum payment of $ __170.00__  due immediately, balance due

         ☐  not later than _____ , or
         ☑  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☑  Payment in equal __monthly__  *(e.g., weekly, monthly, quarterly)* installments of $ __100.00__  over a period of
     __30 months__  *(e.g., months or years)*, to commence after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____  over a period of
     _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
     term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

     The financial obligations are immediately payable to the Clerk of the Court for the U.S. District
     Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of
     address, you shall notify the Clerk of the Court of the change until such time as the financial
     obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Case Number
Defendant and Co-Defendant Names          Total Amount          Joint and Several          Corresponding Payee,
*(including defendant number)*                                          Amount                    if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.