UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-203 (JDB) |
| | ) | |
| Alexander Sheppard, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO DELAY SELF-SURRENDER DATE

Defendant, Alexander Sheppard, through counsel, respectfully requests that the Court order that his current self-surrender date of November 2, 2023, be delayed until after the holiday season.  Below are the reasons in support:

(1) Mr. Sheppard was sentenced to 19 months' incarceration followed by 24 months' supervised release *See* ECF No. 108. He was also permitted to voluntarily self-surrender to serve his sentence.

(2) Mr. Sheppard received a self-report date of November 2, 2023. Unfortunately, Mr. Sheppard was not designated to a facility in Ohio rather he was designated to a facility in Illinois, which is 7 hours driving distance from his home. For that reason, it is likely that Mr. Sheppard will not be able to have visitation with his family during the Thanksgiving, Christmas, and New Year Holidays.

(3) For these reasons, Mr. Sheppard respectfully requests that the Court order that his currently scheduled self-surrender date of November 2, 2023, be extended until after the New Year Holiday.

(4) Mr. Sheppard has discussed this request with government counsel, who advised that they do oppose this request.

(5) To undersigned counsel's knowledge, Mr. Sheppard has been complaint with his pre-trial release conditions.

## **Conclusion**

For these reasons, Mr. Sheppard respectfully requests that the Court grant this motion to delay the date he must self-surrender to serve his sentence until after the holiday season so that he can spend time with his family during the holidays before he must serve 19 months of incarceration.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org