UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No. 21-203 (JDB) |
| ) | |
| Alexander Sheppard, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Motion to Delay Self-Surrender, it is on this _____ day of _____, 2023,

ORDERED that said motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the current order to self-surrender issued to Alexander Sheppard ordering him to report to AUSP Thomson on November 2, 2023, be delayed until no sooner than January 2, 2024.

Dated_____, day of_____, 2023.

_____
Honorable John D. Bates
United States District Judge