UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **No. 21-203 (JDB)** |
| ) | |
| **Alexander Sheppard,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

# ORDER

Upon consideration of the Motion for Release Pending Appeal, it is on this

_____ day of _____, 2023,

ORDERED that said motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the current order to self-surrender issued to Alexander Sheppard ordering him to report to AUSP Thomson on November 2, 2023, be stayed until resolution of his appeal.

Dated_____, day of_____, 2023.

_____
Honorable John D. Bates
United States District Judge