UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEXANDER SHEPPARD,<br>            Defendant. | Criminal Action No. 21-203 (JDB) |

## ORDER

On Sunday, October 29—four days before he was due to report to prison—Alexander Sheppard filed a motion for release pending appeal. Def.'s Mot. for Release Pending Appeal [ECF No. 116]. The Court ordered the government to respond by yesterday, October 31. Gov't's Opp'n to Def.'s Mot. for Release Pending Appeal [ECF No. 117]. Upon consideration of the parties' briefs, and the entire record herein, the Court will deny the motion. Sheppard has not raised a "substantial question of law" likely to result in a new trial or a reduced sentence to a term of imprisonment less than the expected duration of the appeal process. 18 U.S.C. § 3143(b)(1); see United States v. Perholtz, 836 F.2d 554, 555–56 (D.C. Cir. 1987). The Court will issue a Memorandum Opinion explaining its reasoning within the next few days.

\* \* \*

Hence, for the foregoing reasons and the further explanation to be provided shortly, and upon consideration of the entire record herein, it is hereby

**ORDERED** that [116] Sheppard's motion for release pending appeal is **DENIED**; and it is further

**ORDERED** that Sheppard shall report to prison as directed on November 2, 2023.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: November 1, 2023